APPEARANCE

## United States Bankruptcy Court

For the __Northern__ District of __Illinois__

In re )
BUTTONWOOD GROUP TRADING, LLC, ) Case No. 13-B-06894
)
Debtor. )
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Robert S. Rosenfeld, as Chapter 7 Trustee for Buttonwood Group Trading, LLC

---

| Elise Neveau | Kaye Scholer LLP |
|---|---|
| Print Name on this Line | Firm Name |
| /s/ Elise Neveau | FIRM ID NUMBER: |
| Signature | 70 West Madison Street, Suite 4200 |
| ATTORNEY ID NUMBER    6309776 | Street Address |
| | Chicago       IL       60602 |
| | City       State       Zip |
| | Telephone    (312) 583-2337 |

Trial Attorneys*

_____
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: _____

TYPE OF DEFENSE COUNSEL:

CJA ____ ,RETAINED ____ ,SELF ____ ,NONE OTHER ____ ,PUB DEF ____

FOR OFFICE USE ONLY:

Party Code: P_____ D_____ TP_____