FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-06894 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | Robert S. Rosenfeld |
|---|---|---|---|---|---|---|
| Case Name: | Buttonwood Group Trading, LLC | | | | Date Filed (f) or Converted (c): | 02/22/2013 (f) |
| | | | | | 341(a) Meeting Date: | 08/08/2013 |
| For Period Ending: | 06/30/2018 | | | | Claims Bar Date: | 10/31/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Funds turned over from interim trustee (Note 1) | 346,000.47 | 117,119.11 | | 117,119.11 | FA |
| 2. Refund | 689.16 | Unknown | | 689.16 | FA |
| 3. Miscellaneous receivables | 408.00 | Unknown | | 408.00 | FA |
| 4. Retainer | 41,490.07 | Unknown | | 41,490.07 | FA |
| 5. CME Seats | Unknown | Unknown | | 451,000.00 | FA |
| 6. Certificate of Deposit-Lakeside Bank | 21,917.95 | 21,917.95 | | 22,010.90 | FA |
| 7. Ciena Optical Gear Equipment | Unknown | Unknown | | 0.00 | FA |
| 8. Preference Recovery-Charlesworth (u) | 0.00 | 825,000.00 | | 825,000.00 | FA |
| 9. Preference Recovery - Teicher (u) | 0.00 | 17,500.00 | | 17,500.00 | FA |
| 10. Settlement recovery - Cogent (u) | 0.00 | 5,621.38 | | 5,621.38 | FA |
| 11. Preference Recovery - Ozbek (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 12. Preference Recovery - Wang (u) | 0.00 | 40,000.00 | | 40,000.00 | FA |
| 13. Preference Recovery - Veselica (u) | 0.00 | 55,000.00 | | 55,000.00 | FA |
| 14. Preference Recovery - Frishberg (u) | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 15. Preference Recovery - Geng (u) | 0.00 | 45,000.00 | | 45,000.00 | FA |
| 16. Preference Recovery - Srinivasan (u) | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 17. Preference Recovery - Laub (u) | 0.00 | 35,000.00 | | 35,000.00 | FA |
| 18. Preference Recovery - Dugan (u) | 0.00 | 22,500.00 | | 22,500.00 | FA |
| 19. Preference Recovery - Pellijeff (u) | Unknown | 15,000.00 | | 15,000.00 | FA |
| 20. Preference Recovery - Helix Ventures, LLC (u) | 0.00 | 100,000.00 | | 100,000.00 | FA |
| 21. Preference Recovery-Schrage (u) | Unknown | 10,000.00 | | 10,000.00 | FA |
| 22. Preference Recovery - Schmidt (u) | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 23. Preference Recovery-Zirgaitis-Ward-Lanphere (u) | Unknown | 175,000.00 | | 175,000.00 | FA |
| 24. Preference Recovery - Horn Group LLC (u) | 0.00 | 50,370.00 | | 50,370.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-06894 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | Robert S. Rosenfeld |
| Case Name: | Buttonwood Group Trading, LLC | | | | Date Filed (f) or Converted (c): | 02/22/2013 (f) |
| | | | | | 341(a) Meeting Date: | 08/08/2013 |
| For Period Ending: | 06/30/2018 | | | | Claims Bar Date: | 10/31/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. Preference Recovery - Quanterra Advisors (u) | 0.00 | 1,382.93 | | 1,382.93 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $410,505.65   $1,631,411.37   $2,125,091.55   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Major activities that I have performed to date include: obtaining books and records from a multitude of parties and locations; preparation of Debtor's Bankruptcy Schedules and Statement of Financial Affairs; preparation of payroll and corporate tax reporting requirements; attend meetings with various parties in interest; evaluating highest and best approach for disposing of remaining assets owned by the Debtor; and reviewing the Debtor's books and records for potential preferences and avoidance actions. Subsequent to the petition date, the Debtor sold through a Court approved sale, substantially all of its assets with the exception of 3 seats held on the CME and in interest in certain fiber optic equipment. In addition to the assets previously sold during the bankruptcy proceedings, the Debtor sold all of its books and records to the purchaser of those assets. I have been making attempts to obtain the books and records from this party in connection with my investigation efforts on this matter.

Note (1): On February 28, 2013, Patrick Cavanaugh, the Assignee for the Benefit of Creditors (the "Assignee"), conducted a Court approved auction and liquidated substantially all of the personal and intellectual property of the Debtor, with the exception of certain Fiber Optic equipment (the "Ciena Optical Gear") and three Chicago Mercantile Exchange ("CME") Seats. On April 11, 2013, Andrew Maxwell was appointed interim trustee ("Interim Trustee"). On August 14, 2013, Robert S. Rosenfeld, was elected permanent trustee ("Permanent Trustee") and continues to serve in that capacity. On or about September 23, 2013, the Permanent Trustee received a check in the amount of $117,119.11 from the Interim Trustee representing what I understand to be the balance of funds remaining in the Interim Trustee's bank account relating to the Debtor. Records provided by various parties in the case indicate the following assets were owned by the Debtor as of petition date, in addition to the Ciena Optical Gear and the CME Seats, and were administered by the Interim Trustee and the Assignee:

| | |
|---|---|
| Cash | $148,319.13 |
| Substantially all remaining assets of Debtor's business sold pursuant to Court approved auction | 181,125.00 |
| Receivable from the U.S. Treasury | 6,947.61 |
| COBRA Reimbursements and miscellaneous receivables | 9,608.73 |
| Total assets at petition date liquidated and maintained by interim Trustee | $346,000.47 |

| RE PROP # | 5 | -- | CME Group Inc. Membershipt Interest, consisting of 2 NYMEX seats and 1 COMEX seats |

Initial Projected Date of Final Report (TFR): 12/31/2015     Current Projected Date of Final Report (TFR): 12/31/2017

Trustee Signature:     /s/ Robert S. Rosenfeld     Date: 07/23/2018

Robert S. Rosenfeld

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-06894 | Trustee Name: | Robert S. Rosenfeld |
| Case Name: | Buttonwood Group Trading, LLC | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0651 |
| | | | Checking Account |
| Taxpayer ID No: | 26-3336601 | Blanket Bond (per case limit): | |
| For Period Ending: | 06/30/2018 | Separate Bond (if applicable): | $993,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 09/24/13 | 1 | Andrew J. Maxwell, Trustee<br>105 W. Adams Street, Suite 3200<br>Chicago, IL 60603 | Turnover of funds from Interim Ch 7 Trustee | 1290-000 | $117,119.11 | | $117,119.11 |
| 10/02/13 | 2 | Premium Payment Services - ADP | Refund from ADP | 1290-000 | $689.16 | | $117,808.27 |
| 10/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.08 | $117,780.19 |
| 11/24/13 | 3 | The Exchange Tower<br>130 King Street West<br>Toronto, ON M5X 1J2 | Miscellaneous receipt<br>Check received from Royal Bank of Canada | 1221-000 | $408.00 | | $118,188.19 |
| 11/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $175.02 | $118,013.17 |
| 12/05/13 | 4 | Thompson & Coburn | Return of retainer | 1290-000 | $41,490.07 | | $159,503.24 |
| 12/26/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $169.46 | $159,333.78 |
| 01/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $229.06 | $159,104.72 |
| 01/31/14 | 6 | Lakeside Bank | Certificate of Deposit withdrawal | 1290-000 | $22,010.90 | | $181,115.62 |
| 02/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $237.82 | $180,877.80 |
| 03/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $243.10 | $180,634.70 |
| 04/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $268.76 | $180,365.94 |
| 05/07/14 | 5 | CME | Miscellaneous receipt<br>Sale of CME Seat #676 | 1129-000 | $118,000.00 | | $298,365.94 |

Page Subtotals: $299,717.24 $1,351.30

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-06894 | | Trustee Name: | Robert S. Rosenfeld |
|---|---|---|---|---|
| Case Name: | Buttonwood Group Trading, LLC | | Bank Name: | Union Bank |
| | | | Account Number/CD#: | XXXXXX0651 |
| | | | | Checking Account |
| Taxpayer ID No: | 26-3336601 | | Blanket Bond (per case limit): | |
| For Period Ending: | 06/30/2018 | | Separate Bond (if applicable): | $993,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/13/14 | 5 | CME | Miscellaneous receipt<br>Proceeds from Sale of COMEX Seat #84 | 1129-000 | $118,000.00 | | $416,365.94 |
| 05/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $259.74 | $416,106.20 |
| 05/28/14 | 5 | NYMEX | Miscellaneous receipt<br>Sale of NYMEX seat #415 to Geneva Energy Markets | 1129-000 | $215,000.00 | | $631,106.20 |
| 06/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $558.18 | $630,548.02 |
| 07/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $907.59 | $629,640.43 |
| 08/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $669.20 | $628,971.23 |
| 09/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $668.29 | $628,302.94 |
| 10/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $646.07 | $627,656.87 |
| 11/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $666.92 | $626,989.95 |
| 12/26/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $644.72 | $626,345.23 |
| 01/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $665.51 | $625,679.72 |
| 02/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $664.82 | $625,014.90 |

Page Subtotals: $333,000.00    $6,351.04

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-06894 | Trustee Name: Robert S. Rosenfeld |
| Case Name: Buttonwood Group Trading, LLC | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0651 |
| | Checking Account |
| Taxpayer ID No: 26-3336601 | Blanket Bond (per case limit): |
| For Period Ending: 06/30/2018 | Separate Bond (if applicable): $993,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $599.88 | $624,415.02 |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $663.40 | $623,751.62 |
| 05/07/15 | 10 | Cogent Communications, Inc.<br>1015 31st Street, N.W.<br>Washington, D.C.  20007 | Miscellaneous receipt<br>Settlement payment | 1229-000 | $5,621.38 | | $629,373.00 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $641.43 | $628,731.57 |
| 06/12/15 | 101 | Kaye Scholer, LLP<br>250 West 55th Street<br>New York, NY  10019-9710 | Professional Fees<br>1st Interim Fee Application | 3210-600 | | $224,615.20 | $404,116.37 |
| 06/12/15 | 102 | Kaye Scholer, LLP<br>250 West 55th Street<br>New York, NY  10019-9710 | Professional Expenses<br>1st Interim Fee Application | 3220-610 | | $15,307.80 | $388,808.57 |
| 06/12/15 | 103 | Shaw Fishman Glantz & Towbin LLC<br>321 North Clark Street, Suite 800<br>Chicago, IL  60654 | Professional Fees<br>1st Interim Fee Application | 3210-000 | | $18,086.97 | $370,721.60 |
| 06/12/15 | 104 | Shaw Fishman Glantz & Towbin LLC<br>321 North Clark Street, Suite 800<br>Chicago, IL  60654 | Professional Expenses<br>1st Interim Fee Application | 3220-000 | | $566.44 | $370,155.16 |
| 06/12/15 | 105 | RSR Consulting, LLC<br>49 Roy Avenue<br>Massapequa, NY  11758 | Professional Fees<br>1st Interim Fee Application | 3731-000 | | $136,938.75 | $233,216.41 |
| 06/12/15 | 106 | RSR Consulting, LLC<br>49 Roy Avenue<br>Massapequa, NY  11758 | Professional Expenses<br>1st Interim Application | 3732-000 | | $6,681.89 | $226,534.52 |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $666.69 | $225,867.83 |
| 07/27/15 | 107 | Kaye Scholer, LLP<br>250 West 55th Street<br>New York, NY  10019-9710 | Professional Expenses<br>Reversal<br>Partial reconsideration of 1st interim fee application. | 3210-000 | | ($5,052.00) | $230,919.83 |

Page Subtotals:  $5,621.38    $399,716.45

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-06894　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee Name: Robert S. Rosenfeld
Case Name: Buttonwood Group Trading, LLC　　　　　　　　　　　　　　　　Bank Name: Union Bank
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX0651
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Checking Account
Taxpayer ID No: 26-3336601　　　　　　　　　　　　　　　　　　　　　　Blanket Bond (per case limit):
For Period Ending: 06/30/2018　　　　　　　　　　　　　　　　　　　　　Separate Bond (if applicable): $993,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $456.18 | $230,463.65 |
| 07/27/15 | 107 | Kaye Scholer, LLP<br>250 West 55th Street<br>New York, NY  10019-9710 | Professional Expenses<br>Partial reconsideration of 1st interim fee application. | 3210-000 | | $5,052.00 | $225,411.65 |
| 07/27/15 | 108 | Kaye Scholer, LLP<br>250 West 55th Street<br>New York, NY  10019-9710 | Professional Expenses<br>Approval of partial reconsideration of first interim fee app for period through 3/31/15.  50% of allowed fees. | 3210-600 | | $2,526.00 | $222,885.65 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $239.63 | $222,646.02 |
| 09/09/15 | 9 | Joe Teicher | Miscellaneous receipt<br>Payment of preferential transfer settlement. | 1241-000 | $17,500.00 | | $240,146.02 |
| 09/21/15 | 8 | Ezekiel Charlesworth | Miscellaneous receipt<br>Balance due on preference settlement | 1241-000 | $25,000.00 | | $265,146.02 |
| 09/23/15 | 8 | Ezekiel Charlesworth | Miscellaneous receipt<br>Balance due on preference settlement. | 1241-000 | $800,000.00 | | $1,065,146.02 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $236.57 | $1,064,909.45 |
| 10/08/15 | 109 | Shaw Fishman Glantz & Towbin LLC<br>321 North Clark Street, Suite 800<br>Chicago, IL  60654 | Professional Fees<br>Payment of balance due for First Interim Fee Application | 3210-000 | | $18,086.97 | $1,046,822.48 |
| 10/08/15 | 110 | Kaye Scholer, LLP<br>250 West 55th Street<br>New York, NY  10019-9710 | Professional Expenses<br>Payment for balance due on First Interim Fee Application. | 3210-600 | | $227,141.20 | $819,681.28 |
| 10/08/15 | 111 | RSR Consulting, LLC<br>49 Roy Avenue<br>Massapequa, NY  11758 | Professional Expenses<br>Payment of balance relating to First Interim Fee Application. | 3731-000 | | $136,938.75 | $682,742.53 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $469.62 | $682,272.91 |

Page Subtotals:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$842,500.00　　$391,146.92

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-06894
Case Name: Buttonwood Group Trading, LLC
Trustee Name: Robert S. Rosenfeld
Bank Name: Union Bank
Account Number/CD#: XXXXXX0651
Checking Account

Taxpayer ID No: 26-3336601
For Period Ending: 06/30/2018
Blanket Bond (per case limit):
Separate Bond (if applicable): $993,000.00

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $938.11 | $681,334.80 |
| 12/12/15 | 112 | Kaye Scholer, LLP<br>250 West 55th Street<br>New York, NY 10019-9710 | Professional Fees<br>50% of allowed fees for period 4/1/15 thru 9/30/15 | 3210-600 | | $122,644.65 | $558,690.15 |
| 12/12/15 | 113 | Kaye Scholer, LLP<br>250 West 55th Street<br>New York, NY 10019-9710 | Professional Expenses<br>Allowed interim expenses for the period 4/1/15 through 9/30/15 | 3220-610 | | $10,585.35 | $548,104.80 |
| 12/12/15 | 114 | Shaw Fishman Glantz & Towbin LLC<br>321 North Clark Street, Suite 800<br>Chicago, IL 60654 | Professional Fees<br>Allowed interim fees for the period 4/1/15 through 9/30/15 | 3210-000 | | $17,917.50 | $530,187.30 |
| 12/12/15 | 115 | Shaw Fishman Glantz & Towbin LLC<br>321 North Clark Street, Suite 800<br>Chicago, IL 60654 | Professional Expenses<br>Allowed expenses for the interim period 4/1/15 through 9/30/15 | 3220-000 | | $731.82 | $529,455.48 |
| 12/12/15 | 116 | RSR Consulting, LLC<br>49 Roy Avenue<br>Massapequa, NY 11758 | Professional Fees<br>Allowed professional fees for the interim period 4/1/15 through 9/30/15 | 3310-000 | | $28,553.75 | $500,901.73 |
| 12/12/15 | 117 | RSR Consulting, LLC<br>49 Roy Avenue<br>Massapequa, NY 11758 | Professional Expenses<br>Allowed interim professional expenses for the period 4/1/15 through 9/30/15 | 3320-000 | | $1,166.36 | $499,735.37 |
| 12/12/15 | 118 | RSR Consulting, LLC<br>49 Roy Avenue<br>Massapequa, NY 11758 | Professional Expenses<br>Allowed interim expenses for Trustee for the period 8/14/13 through 9/30/15. | 2200-000 | | $4,571.57 | $495,163.80 |
| 12/14/15 | 118 | RSR Consulting, LLC<br>49 Roy Avenue<br>Massapequa, NY 11758 | Professional Expenses Reversal<br>Reverse payment made to payee in error for Trustee allowed expenses. | 2200-000 | | ($4,571.57) | $499,735.37 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $700.77 | $499,034.60 |

Page Subtotals: $0.00 $183,238.31

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-06894 | Trustee Name: | Robert S. Rosenfeld |
| Case Name: | Buttonwood Group Trading, LLC | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0651 |
| | | | Checking Account |
| Taxpayer ID No: | 26-3336601 | Blanket Bond (per case limit): | |
| For Period Ending: | 06/30/2018 | Separate Bond (if applicable): | $993,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/02/16 | 119 | Robert S. Rosenfeld<br>49 Roy Avenue<br>Massapequa, NY  11758 | Trustee Expenses | 2200-000 | | $4,571.57 | $494,463.03 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $651.39 | $493,811.64 |
| 02/23/16 | 11 | Erturk Ozbek | Miscellaneous receipt Payment of Preferential Transfer Settlement | 1241-000 | $20,000.00 | | $513,811.64 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $524.13 | $513,287.51 |
| 03/03/16 | 11 | Erturk Ozbek | Miscellaneous receipt Payment of Preferential Transfer settlement | 1241-000 | $20,000.00 | | $533,287.51 |
| 03/03/16 | | Erturk Ozbek | Miscellaneous receipt Reversal Correct posting date | 1241-000 | ($20,000.00) | | $513,287.51 |
| 03/15/16 | 12 | Dongxue Wang | Miscellaneous receipt Payment of preference settlement | 1241-000 | $40,000.00 | | $553,287.51 |
| 03/16/16 | 14 | Ryan Frishberg | Miscellaneous receipt Payment of preference payment settlement | 1241-000 | $25,000.00 | | $578,287.51 |
| 03/16/16 | 13 | Gregory Veselica | Miscellaneous receipt Payment of preference payment settlement | 1241-000 | $55,000.00 | | $633,287.51 |
| 03/17/16 | 16 | Siva Srinivasan | Miscellaneous receipt Payment of preference settlement | 1241-000 | $25,000.00 | | $658,287.51 |
| 03/17/16 | 17 | Jarred Laub | Miscellaneous receipt Payment of preference settlement | 1241-000 | $35,000.00 | | $693,287.51 |
| 03/17/16 | 15 | Jun Geng | Miscellaneous receipt Payment of preference settlement | 1241-000 | $45,000.00 | | $738,287.51 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $493.78 | $737,793.73 |
| | | | Page Subtotals: | | $245,000.00 | $6,240.87 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-06894 | Trustee Name: | Robert S. Rosenfeld |
| Case Name: | Buttonwood Group Trading, LLC | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0651 |
| | | | Checking Account |
| Taxpayer ID No: | 26-3336601 | Blanket Bond (per case limit): | |
| For Period Ending: | 06/30/2018 | Separate Bond (if applicable): | $993,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $664.05 | $737,129.68 |
| 05/17/16 | 120 | Arthur B. Levine Company<br>370 Lexington Avenue, Suite 1101<br>New York, NY  10017 | Bond Premium<br>Bond Number: 10BSBGL7827; Increase bond amount from $640,000 to $765,000 per instructions from UST office | 2990-000 | | $64.00 | $737,065.68 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $755.80 | $736,309.88 |
| 05/27/16 | 18 | David Dugan | Preference Recovery | 1241-000 | $22,500.00 | | $758,809.88 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $784.07 | $758,025.81 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $777.36 | $757,248.45 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $802.37 | $756,446.08 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $801.54 | $755,644.54 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $774.91 | $754,869.63 |
| 11/10/16 | 121 | Arthur B. Levine Company<br>370 Lexington Avenue, Suite 1101<br>New York, NY  10017 | Bond Premium<br>Trustee bond renewal for the period 8/14/16 through 8/14/17 | 2300-000 | | $1,530.00 | $753,339.63 |
| 11/18/16 | 19 | Olle Pellijeff<br>440 Davis Ct., Apt 2104<br>San Francisco, CA 94111 | Preference Recovery | 1241-000 | $15,000.00 | | $768,339.63 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $799.85 | $767,539.78 |

Page Subtotals:  $37,500.00   $7,753.95

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-06894 | Trustee Name: Robert S. Rosenfeld |
| Case Name: Buttonwood Group Trading, LLC | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0651 |
| | Checking Account |
| Taxpayer ID No: 26-3336601 | Blanket Bond (per case limit): |
| For Period Ending: 06/30/2018 | Separate Bond (if applicable): $993,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $779.46 | $766,760.32 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $812.49 | $765,947.83 |
| 01/27/17 | 20 | Helix Ventures LLC c/o Snell & Wilmer L.L.P. Attn Robert C Anderson, Esq 3883 Howard Hughes Parkway #1100 Las Vegas, NV 89169 | Miscellaneous receipt | 1241-000 | $100,000.00 | | $865,947.83 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $830.95 | $865,116.88 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $830.30 | $864,286.58 |
| 04/09/17 | 122 | UnitedLex UnitedLex Dept. CH 16539 Palantine, IL 60055-6539 | Litigation Expenses | 2990-000 | | $2,597.32 | $861,689.26 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $918.30 | $860,770.96 |
| 04/28/17 | 123 | Arthur B. Levine Company 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Bond Premium Increase Bond per UST instructions | 2300-000 | | $149.00 | $860,621.96 |
| 05/15/17 | 21 | Jamie Schrage 1519 W Ohio #1 Chicago, IL 60642 | Preference Recovery | 1241-000 | $2,500.00 | | $863,121.96 |
| 05/23/17 | 22 | James Schmidt | Preference Recovery | 1241-000 | $25,000.00 | | $888,121.96 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $886.53 | $887,235.43 |
| 06/06/17 | 23 | Zirgaitis-Ward-Lanphere | Preference Recovery | 1241-000 | $175,000.00 | | $1,062,235.43 |

Page Subtotals: $302,500.00    $7,804.35

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-06894  
Case Name: Buttonwood Group Trading, LLC  

Trustee Name: Robert S. Rosenfeld  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX0651  
Checking Account  

Taxpayer ID No: 26-3336601  
For Period Ending: 06/30/2018  

Blanket Bond (per case limit):  
Separate Bond (if applicable): $993,000.00  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/06/17 | 21 | Jamie Schrage<br>1519 W Ohio #1<br>Chicago, IL 60642 | Preference Recovery | 1241-000 | $2,500.00 | | $1,064,735.43 |
| 06/12/17 | 21 | Jamie Schrage<br>1519 W Ohio #1<br>Chicago, IL 60642 | Preference Recovery | 1241-000 | $2,500.00 | | $1,067,235.43 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $922.67 | $1,066,312.76 |
| 07/17/17 | 21 | Jamie Schrage<br>1519 W Ohio #1<br>Chicago, IL 60642 | Preference Recovery | 1241-000 | $2,500.00 | | $1,068,812.76 |
| 07/22/17 | 124 | Arthur B. Levine Company<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | Bond Premium<br>Additional premium requested by UST office relating to term 8/14/16 to 8/14/17 | 2300-000 | | $31.00 | $1,068,781.76 |
| 07/22/17 | 125 | Arthur B. Levine Company<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | Bond Premium<br>Trustee bond renewal premium for 8/14/17 to 8/14/18 | 2300-000 | | $2,340.00 | $1,066,441.76 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,064.98 | $1,065,376.78 |
| 08/04/17 | 24 | Horn Group | | 1241-000 | $25,000.00 | | $1,090,376.78 |
| 08/18/17 | 25 | Quantera | Preference Recovery | 1241-000 | $1,382.93 | | $1,091,759.71 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,132.75 | $1,090,626.96 |
| 09/12/17 | 24 | Michael Horn | Preference Recovery | 1241-000 | $5,000.00 | | $1,095,626.96 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,155.41 | $1,094,471.55 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,123.52 | $1,093,348.03 |

Page Subtotals: $38,882.93    $7,770.33

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-06894 | Trustee Name: Robert S. Rosenfeld |
| Case Name: Buttonwood Group Trading, LLC | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0651 |
| | Checking Account |
| Taxpayer ID No: 26-3336601 | Blanket Bond (per case limit): |
| For Period Ending: 06/30/2018 | Separate Bond (if applicable): $993,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,161.67 | $1,092,186.36 |
| 12/17/17 | 126 | Kaye Scholer, LLP 250 West 55th Street New York, NY 10019-9710 | Professional Fees Final Allowance of Compensation for special counsel to Trustee | 3210-600 | | $122,644.65 | $969,541.71 |
| 12/17/17 | 127 | Kaye Scholer, LLP 250 West 55th Street New York, NY 10019-9710 | Professional Expenses Final Allowance of reimbursement of expenses for special counsel to Trustee | 3220-610 | | $1,223.29 | $968,318.42 |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,123.14 | $967,195.28 |
| 01/12/18 | 24 | Michael Horn | Preference Recovery | 1241-000 | $20,370.00 | | $987,565.28 |
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,142.31 | $986,422.97 |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,040.49 | $985,382.48 |
| 03/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $945.78 | $984,436.70 |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,045.93 | $983,390.77 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,011.19 | $982,379.58 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,043.77 | $981,335.81 |

| | | | | COLUMN TOTALS | $2,125,091.55 | $1,143,755.74 |
|---|---|---|---|---|---|---|
| | | | | Page Subtotals: | $20,370.00 | $132,382.22 |

|  | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $2,125,091.55 | $1,143,755.74 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,125,091.55 | $1,143,755.74 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0651 - Checking Account | $2,125,091.55 | $1,143,755.74 | $981,335.81 |
|  | $2,125,091.55 | $1,143,755.74 | $981,335.81 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $2,125,091.55 |
| Total Gross Receipts: | $2,125,091.55 |

Trustee Signature:    /s/ Robert S. Rosenfeld    Date: 07/23/2018

Robert S. Rosenfeld

Page Subtotals:    $0.00    $0.00