**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13 B 06894 |
| BUTTONWOOD GROUP TRADING, LLC, | ) | Hon. Deborah L. Thorne |
| | ) | |
| Debtor. | ) | |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**

| | |
|---|---|
| Name of Applicant: | Shaw Fishman Glantz & Towbin LLC |
| Authorized to Provide Professional Services to: | Robert S. Rosenfeld, Chapter 7 Trustee |
| Date of Order Authorizing Employment: | September 18, 2013, effective August 8, 2013 |
| Period for Which Compensation is Sought: | From October 1, 2015 through June 10, 2018 |
| Amount of Fees Sought: | $65,907.00 |
| Amount of Expense Reimbursement Sought: | $477.31 |

This is a(n): ☐ Interim Application ☒ Final Application

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 5/20/2015 [Dkt 139] | 08/19/2013- 03/31/2015 | $36,740.38 | $36,740.38 | $36,740.38 |
| 11/18/15 [Dkt 161] | 04/01/2015-09/30/2015 | $36,566.82 | $36,566.82 | $18,649.32 |

Shaw Fishman Glantz & Towbin LLC

Dated: November 26, 2018

By: /s/ Peter J. Roberts
One of its attorneys

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13 B 06894 |
| BUTTONWOOD GROUP TRADING, LLC, | ) | Hon. Deborah L. Thorne |
| | ) | |
| Debtor. | ) | |

**THIRD AND FINAL APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC, AS COUNSEL FOR THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Shaw Fishman Glantz & Towbin LLC ("Shaw Fishman"),[1] counsel for Robert S. Rosenfeld, not individually, but as chapter 7 trustee (the "Trustee") for the bankruptcy estate of Buttonwood Group Trading, LLC (the "Debtor"), pursuant to Sections 330(a) and 331 of title 11, United States Code (the "Bankruptcy Code"), FED. R. BANKR. P. 2002(a)(6), 2016(a), and Local Bankruptcy Rule 5082-1, applies to the Court for the entry of a final order (i) authorizing the allowance and payment to Shaw Fishman of (A) fees in the amount of $65,907.00 in compensation for 140.70 hours of professional services rendered by Shaw Fishman as counsel to the Trustee for the period beginning October 1, 2015 through and including June 10, 2018 (the "Application Period") and (B) the reimbursement of $477.31 for actual costs incurred incident to those services; (ii) reaffirming this Court's previous orders authorizing the interim allowance and payment of fees and expenses to Shaw Fishman; and (iii) authorizing the payment of balances remaining from the interim allowances of fees and expenses. In support of this application (the "Application"), Shaw Fishman respectfully states as follows:

[1] Effective as of June 11, 2018, Shaw Fishman merged into the law firm of Fox Rothschild LLP.

## INTRODUCTION

1. On February 22, 2013 ("Petition Date"), Newedge USA, LLC ("Newedge"), a creditor of the Debtor, commenced the above-captioned bankruptcy case (the "Case") by filing an involuntary bankruptcy petition under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") against the Debtor. Prior to the Petition Date, the Debtor had made a general assignment for the benefit of creditors ("Assignment") under Illinois law to Patrick D. Cavanaugh of High Ridge Partners (the "Assignee").

2. On April 10, 2013, this Court entered an order for relief against the Debtor under chapter 7 of the Bankruptcy Code.

3. On April 26, 2013, Andrew J. Maxwell was appointed interim chapter 7 trustee ("Interim Trustee") of the Debtor's bankruptcy estate (the "Estate").

4. On August 8, 2013, at the first meeting of creditors under § 341 of the Bankruptcy Code (the "341 Meeting"), counsel for the United States Trustee conducted a trustee election at the request of Newedge pursuant to § 702 of the Bankruptcy Code.

5. The Trustee was elected permanent trustee at the 341 Meeting. The United States Trustee filed a *Report of Undisputed Election* providing notice of the election. *See* ECF Nos. 52, 53.

6. Prior to the Assignment, the Debtor had been engaged in the proprietary trading of exchange traded futures and futures options contracts, equity securities, foreign exchange contracts and certain U.S. Government over the counter securities.

7. On September 10, 2013, the Trustee filed his Application to Employ Shaw Fishman as his counsel in connection with the Case (the "Retention Application"). On September 18, 2013, this Court entered an order [ECF No. 62] (the "Retention Order") granting the Retention Application effective as of August 8, 2013.

8. On May 20, 2015, Shaw Fishman filed its first interim application for the allowance of compensation and the reimbursement of expenses in the Case for the period covering August 19, 2013 through and including March 31, 2015 [ECF No. 139] ("First Interim Application"). On June 10, 2015, this Court entered an order allowing the First Interim Application in the full amount requested [ECF No. 143] ("First Interim Order"). The Trustee subsequently paid all amounts allowed under the First Interim Application.

9. On November 18, 2015, Shaw Fishman filed its second interim application for the allowance of compensation and the reimbursement of expenses in the Case for the period covering April 1, 2015 through and including September 30, 2015 [ECF No. 161] ("Second Interim Application"). On December 9, 2015, this Court entered an order allowing the Second Interim Application in the full amount requested and authorizing the Trustee to pay fifty percent (50%) of the allowed compensation amount and 100% of the allowed expense reimbursement amount [ECF No. 168] ("Second Interim Order"). The Trustee subsequently paid fifty percent of the allowed compensation amount and 100% of the allowed expense reimbursement amount, leaving a balance of $17,917.50 owed to Shaw Fishman on the interim compensation allowed through the Second Interim Application.

## JURISDICTION

10. This Court has jurisdiction over the Case pursuant to Sections 157(b)(2)(A) and (O) and 1334 of title 28, United States Code. This is a core proceeding pursuant to Section 157(b)(2)(A) of title 28, United States Code. Venue is proper pursuant to Sections 1408 and 1409 of title 28, United States Code.

## SERVICES RENDERED BY SHAW FISHMAN

11. Throughout the Application Period, Shaw Fishman rendered 140.70 hours of legal and paraprofessional services in connection with its representation of the Trustee having an

aggregate value of $67,155.50, for an average hourly rate of approximately $477.30. Shaw Fishman provided professional services to the Trustee that were consistent in scope to those authorized in the Retention Order. All of the services for which compensation is requested were services which, in Shaw Fishman's billing judgment, were necessarily rendered after due consideration of the expected costs and anticipated benefits of such services.

12. In an effort to provide the Court and parties in interest with understandable information concerning the amount and nature of Shaw Fishman's services during the Application Period, and in compliance with Local Bankruptcy Rule 5082-1, Shaw Fishman has classified its services into five (5) separate categories of services as follows:

| Description | Total Hours | Total Fees Incurred |
|---|---|---|
| Avoidance Actions | 36.70 | $16,224.50 |
| Case Administration | 36.90 | $18,245.50 |
| Debtor Investigation | 49.50 | $24,240.50 |
| Employment/Compensation | 16.20 | $7,577.00 |
| Liquidation of Assets | 1.40 | $677.00 |
| **Subtotal** | **140.70** | **$67,144.50** |
| **Voluntary Reduction**[2] | | **($1,237.50)** |
| **Adjusted Total** | **140.70** | **$65,907.00** |

13. A detailed computer generated invoice (the "Invoice") containing the detail for each time category is attached as Exhibit A to this Application. The following is a separate description of each of the Shaw Fishman categories, which generally describe the tasks performed. The Invoice provides detailed descriptions of all services rendered in each of the

[2] At the request of the Office of the United States Trustee, Shaw has voluntarily reduced its fees by $1,237.50. This reduction represents the aggregate amount of particular time entries that the Office of the United States Trustee questioned after its review of the Shaw time detail.

above categories and the timekeeper, date and amount of time (in tenths of an hour) expended in each category.

**Avoidance Actions**

14. Shaw Fishman expended 36.70 hours of professional services having a value of $16,224.50 in connection with services pertaining to the prosecution of avoidance actions against transferees ("Transferees") that presented potential or perceived conflicts for the Trustee's special litigation counsel, Kaye Scholer. Services rendered by Shaw Fishman in this category include, among other things: (a) reviewing and analyzing documents related to the Debtor's transactions with the Transferees; (b) negotiating, drafting and editing settlement agreements with the Transferees; (c) communicating with the Transferees' counsel on the avoidance actions and related matters; (d) coordinating on common prosecution matters with Kaye Scholer; and (e) attending associated court hearings.

**Case Administration**

15. Shaw Fishman expended 36.90 hours of professional services having a value of $18,245.50 in connection with services pertaining to general Case administration, estate recovery efforts, claims reconciliation and resolution issues, and other matters that do not fit neatly into designated service categories. Services rendered by Shaw Fishman in this category included, among other things: (a) advising and assisting the Trustee on administrative matters such as reporting compliance with governmental authorities, including taxing authorities and the Office of the United States Trustee; (b) participating in telephone conferences with the Trustee and his special litigation counsel to coordinate responsibilities among professionals with a minimum of duplication of efforts; (c) responding to inquiries of creditors and other interested parties regarding the Case and allowed claim amounts; (d) participating in hearings, meetings, telephone

conferences and other activities where multiple subject matters involving the Case were discussed, analyzed or otherwise acted upon; and (e) drafting, filing, serving and presenting various motions, pleadings and orders not covered by specific categories, including a motion to pay the administrative claim of a litigation support provider and an omnibus objection to released and settled claims.

**Debtor Investigation**

16. Shaw Fishman expended 49.50 hours of professional services having a value of $24,240.50 in connection with assisting the Trustee in his continued investigation of the Debtor's prepetition financial affairs. Services rendered by Shaw Fishman in this category include, among other things: (a) reviewing documents related to the Debtor's prepetition transactions with Newedge USA, LLC and its related entities (collectively, "Newedge"); (b) meeting, corresponding and conferring with the Trustee and his financial advisors regarding those Newedge transactions, including preparing a comprehensive memorandum to the Trustee on those transactions and potential claims against Newedge; (c) corresponding and communicating with Newedge and its attorneys regarding transactions with the Debtor and a tolling agreement on potential claims against Newedge; (d) drafting and prosecuting a motion to abandon potential claims against Newedge; and (e) assisting the Trustee in his investigation of the Debtor's prepetition business and transactions.

**Employment/Compensation**

17. Shaw Fishman expended 16.20 hours of professional services having a value of $7,757 in connection with services pertaining to employment and compensation of professionals. Shaw Fishman's services in this category included, among other things, drafting, filing, serving, presenting and coordinating the second interim set of fee applications by the Trustee's

professionals, a motion for payment of approved interim professional fees, and the preparation and filing of this final fee application.

**Liquidation of Assets**

18. Shaw Fishman expended 1.40 hours of professional services having a value of $677.00 in connection with services pertaining to the liquidation of assets, particularly with regard to the Debtor's equipment in the custody of Spread Networks.

**Summary of Services Rendered By Professional**

19. In summary, the total compensation sought for each professional with respect to the aforementioned categories is as follows:

| Professional | Position | Hourly Rate | Hours | Total Amount |
|---|---|---|---|---|
| Peter J. Roberts | Member | $495.00 | 97.70 | $48,361.50 |
| Peter J. Roberts | Member | $475.00 | 32.20 | $15,295.00 |
| Allen J. Guon | Member | $435.00 | 0.80 | $348.00 |
| David R. Doyle | Associate | $340.00 | 4.80 | $1,632.00 |
| David R. Doyle | Associate | $290.00 | 5.20 | $1,508.00 |

20. The hourly rates charged by Shaw Fishman compare favorably with the rates charged by other Chicago metropolitan firms having attorneys and paralegals with similar experience and expertise as the Shaw Fishman professionals providing services to the Trustee in connection with the Case. Further, the amount of time spent by Shaw Fishman with respect to the Case is reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, the amounts at stake, the sophistication and experience of opposing counsel and the ultimate benefit to the Estate.

21. With the assistance of Shaw Fishman and his other professionals, the Trustee was able to recover over $2 million for the benefit of the Estate and reduce the size of the claims pool

by over $2.8 million.  Through these efforts, what appeared to be a minimal distribution to creditors in the Case has now turned into a full recovery for priority creditors and a meaningful distribution of between 18% to 20% for general unsecured creditors.

22.    Whenever possible, Shaw Fishman conscientiously attempted to avoid having multiple attorneys appear or confer on behalf of the Trustee.  In certain circumstances, however, it was necessary for more than one Shaw Fishman attorney to appear in Court at the same time.  Also, Shaw Fishman only appeared on matters within the scope of the Retention Order.  Similarly, on certain occasions, Shaw Fishman had more than one attorney attend a meeting to strategize on issues that had particular import on multiple areas of the Case.  To the greatest extent possible, meetings, court appearances, negotiations and other matters were handled on an individual basis.

23.    Many of the issues presented by the Case have been legally and factually complex and the amounts at stake significant.  The results of Shaw Fishman's efforts in this regard have inured to the benefit the Estate and to the interests of its prepetition creditors.  Given the criteria set forth in § 330, namely (a) the nature, extent and value of the services; (b) the time spent; (c) the rates charged for such services; (d) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (e) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, Shaw Fishman respectfully submits that the requested interim compensation represents a fair and reasonable amount that should be allowed in full.

24.    As noted above, Shaw Fishman has previously sought interim compensation through the First Interim Application and the Second Interim Application.  This Court

subsequently allowed those compensation requests in full. However, subject to further order of this Court, a balance of $17,917.50 remains owing to Shaw Fishman on the interim compensation allowed through the Second Interim Application

25. The Trustee has reviewed this Application and supports approval of the Third Compensation Request. Shaw Fishman submits that the Third Compensation Request is reasonable and requests the entry of an order authorizing compensation for the Services as set forth herein.

**EXPENSES**

26. The actual and necessary costs expended by Shaw Fishman during the Application Period are detailed in the Invoice attached as Exhibit A. The requested reimbursement amount for expenses incurred is $477.31. All of the expenses for which reimbursement is sought are expenses that Shaw Fishman customarily recoups from all of its clients.

27. The specific expenses incurred during the Application Period for which reimbursement is requested are as follows:

| Category | Amount |
|---|---|
| Photocopy | $63.50 |
| PACER | $112.00 |
| Postage | $155.26 |
| Transportation | $15.50 |
| Westlaw | $131.05 |
| **Total** | **$477.31** |

28. Photocopy: Photocopy charges include internal and outsourced copies. Generally, Shaw Fishman makes all copies internally. All internal copies are billed at a rate of $0.10 per page.

29. Filing Fees: Shaw Fishman incurred $112.00 in fees in connection with its use of the PACER system in connection with the Case. Shaw Fishman uses PACER to monitor docket activity and obtain documents filed with the Court in connection the Case.

30. Westlaw: Shaw Fishman incurred $131.05 in fees from Westlaw research charges in connection with the Case. Shaw Fishman utilized Westlaw specifically to research various issues arising in connection with its representation of the Trustee on avoidance actions and the Trustee's investigation of possible claims against Newedge. Shaw Fishman contracted with Westlaw for a research package that includes prepaid access to certain bankruptcy and litigation resources, as well as certain public records, plus an hourly rate for all other usage. Westlaw charges reflect either (a) the actual out-of-pocket expense incurred by Shaw Fishman for the applicable research project or (b) where the research falls within the prepaid bankruptcy research package, the actual usage billed at a rate of $2.00 per minute. This rate is readjusted annually to enable Shaw Fishman to recoup its cost, yet not utilize Westlaw as a profit center. The Westlaw package provides the most cost-efficient means of access computerized legal research, and the lowest cost possible to each specific client. Furthermore, because not all of SF clients utilize or benefit from Westlaw services, such costs do not constitute overhead and, consequently, are not a factor considered when setting billing rates.

31. Transportation. Shaw Fishman bills all of its clients for direct expenses incurred in connection with client required travel. With respect to ground travel, Shaw Fishman bills for direct expenses incurred for parking, taxi or private car service.

32. Postage: In order to keep overnight delivery carrier charges to a minimum, service of most pleadings was accomplished by ordinary mail. The corresponding amounts above represent charges actually incurred by Shaw Fishman for postage related to the Case.

33. All expenses incurred by Shaw Fishman incidental to its services were customary and necessary expenses. All expenses billed to the Trustee were billed in the same manner as Shaw Fishman bills non-bankruptcy clients. Further, the expenses for which reimbursement is sought constitute the types and amounts previously allowed by bankruptcy judges in this and other judicial districts.

**PAYMENTS RECEIVED BY SHAW FISHMAN TO DATE**

34. This is Shaw Fishman's third application for compensation and reimbursement of expenses. The Trustee previously paid Shaw Fishman the aggregate amount of $36,740.38 on account of the First Interim Application.

35. In light of the limited Estate funds that the Trustee had in his possession at the time of the Second Interim Application, Shaw Fishman requested, and this Court authorized the Trustee to pay only 50% of allowed interim compensation to Shaw Fishman, with the remainder subject to further order of the Court. Therefore, Shaw Fishman only received $18,649.32 on account of the Second Interim Application. An additional $17,917.50 remains unpaid with respect to compensation allowed pursuant to the Second Interim Application.

**COMPLIANCE WITH 11 U.S.C. § 504**

36. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Shaw Fishman and any other firm, person or entity for the sharing of division of any compensation paid or payable to Shaw Fishman.

**NOTICE**

37. Notice of this Application has been served upon the United States Trustee, the ECF service list, and all of the Debtor's creditors.

WHEREFORE, Shaw Fishman requests the entry of an order, substantially in the form attached hereto, that:

(a)     Allows Shaw Fishman $65,907.00 in final compensation for the Application Period;

(b)     Allows Shaw Fishman $477.31 in final reimbursement for the Application Period;

(c)     Authorizes and directs the Trustee to pay Shaw Fishman such allowed final fees and expenses;

(d)     Authorizes and directs the Trustee to pay the $17,917.50 balance remaining from the Second Interim Application;

(e)     Reaffirms this Court's previous allowances of interim fees and expenses to Shaw Fishman, as reflected in the First Interim Order and the Second Interim Order;

(f)     Waives other and further notice of the hearing with respect to this Application; and

(g)     Provides Shaw Fishman with such additional relief as may be appropriate and just under the circumstances.

Respectfully submitted,

Shaw Fishman Glantz & Towbin LLC

Dated:  November 26, 2018             By:   /s/ Peter J. Roberts
                                            One of its attorneys

Peter J. Roberts (#6239025)
David R. Doyle (#6303215)
Fox Rothschild LLP
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151

Document Page 14 of 30

# EXHIBIT A

14

ACTIVE\57728885.v3-11/26/18

**SHAW FISHMAN GLANTZ & TOWBIN LLC**

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 32684
June 10, 2018

Robert S. Rosenfeld as Turstee
c/o RSR Consulting, LLC
49 Roy Avenue
North Massapequa, NY 11758

ID: 10676-001 - PJR

Re: Buttonwood Group Trading, LLC

For Services Rendered Through 6/10/2018

**Please include Invoice Number with Payment**

| | | |
|---|---|---|
| Current Fees | 67,144.50 | |
| Current Disbursements | 477.31 | |
| **Total Current Charges** | | **$67,621.81** |

| | |
|---|---|
| Advanced Deposit Balance | 566.44 |

**SHAW FISHMAN GLANTZ & TOWBIN LLC**

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert S. Rosenfeld as Turstee
I.D. 10676-001 - PJR
Re: Buttonwood Group Trading, LLC

June 10, 2018
Invoice 32684

**Fees**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Avoidance Actions** | | | | | |
| 10/06/15 | PJR | Exchange emails with R. Rosenfeld regarding Ozbek settlement (.2). | 0.20 | 475.00 | 95.00 |
| 10/07/15 | PJR | Edits to Ozbek settlement agreement (.4); exchange emails with J. Lombardo on same (.2); exchange emails with Trustee on same (.2). | 0.80 | 475.00 | 380.00 |
| 10/08/15 | PJR | Exchange emails with J. Lombardo regarding settlement (.2); email to D. Doyle on 9019 motion (.2). | 0.40 | 475.00 | 190.00 |
| 10/13/15 | DRD | Begin preparing 9019 motion. | 0.10 | 290.00 | 29.00 |
| 10/14/15 | DRD | Draft 9019 motion. | 2.60 | 290.00 | 754.00 |
| 10/21/15 | AJG | Court appearance re: preference adversary status hearing. | 0.80 | 435.00 | 348.00 |
| 10/21/15 | PJR | Telephone conference with N. Hampton regarding status of avoidance actions and coordination of scheduling orders. | 0.20 | 475.00 | 95.00 |
| 11/30/15 | DRD | Confer with P. Roberts regarding upcoming hearing. | 0.20 | 290.00 | 58.00 |
| 11/30/15 | PJR | Exchange emails with J. Lombardo on Ozbek adversary (.1); telephone conference with N. Hampton on status hearing for pending adversaries and coordination of same (.2); confer with D. Doyle regarding same (.2). | 0.50 | 475.00 | 237.50 |
| 12/01/15 | DRD | Prepare for and attend hearing and confer with P. Roberts regarding same. | 2.20 | 290.00 | 638.00 |
| 12/08/15 | PJR | Exchange emails with Trustee regarding status of avoidance actions. | 0.20 | 475.00 | 95.00 |
| 12/09/15 | DRD | Call with N. Hampton regarding hearing outcome. | 0.10 | 290.00 | 29.00 |
| 12/09/15 | PJR | Review transcript of 12-1-15 hearing on avoidance actions and consider bifurcation issue raised by defendants. | | 475.00 | |
| 12/15/15 | PJR | Telephone conference with M. Primoff regarding status hearing and common issues (.2); telephone conference with N. Hampton on same (.2); prepare for and attend status hearing on avoidance actions (1.2); meet with B. Minier regarding Pellijeff settlement issues (.3). | 1.90 | 475.00 | 902.50 |
| 01/07/16 | PJR | Exchange emails with J. Lombardo on Ozbek settlement. | | 495.00 | |
| 02/08/16 | PJR | Telephone conference with B. Minier regarding Pellijeff adversary. | 0.20 | 495.00 | 99.00 |
| 02/09/16 | DRD | Prepare for and attend status hearing on adversary proceedings. | 1.30 | 340.00 | 442.00 |
| 02/09/16 | PJR | Review status chart from Kaye Scholer on pending adversaries (.1); exchange emails with B. Minier on Pellijeff adversary (.1). | 0.20 | 495.00 | 99.00 |

**Shaw Fishman Glantz & Towbin LLC**

Robert S. Rosenfeld as Turstee
I.D. 10676-001 - PJR
Re: Buttonwood Group Trading, LLC

June 10, 2018
Invoice 32684

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/18/16 | PJR | Telephone conference with B. Minier regarding Pellijeff. | 0.10 | 495.00 | 49.50 |
| 02/22/16 | PJR | Exchange emails with N. Balluku regarding status report/scheduling order on avoidance actions (.2); review form of order on same (.1); email to B. Minier regarding same in context of Pellijeff case (.1). | 0.40 | 495.00 | 198.00 |
| 02/23/16 | DRD | Prepare for and attend hearing. | 1.10 | 340.00 | 374.00 |
| 02/23/16 | DRD | Review and revise case management order | 0.80 | 340.00 | 272.00 |
| 02/23/16 | PJR | Exchange emails with R. Rosenfeld and D. Doyle regarding Ozbek settlement and 9019 approval. | 0.20 | 495.00 | 99.00 |
| 02/23/16 | PJR | Exchange emails with B. Minier and D. Doyle regarding Pellijeff scheduling order. | 0.20 | 495.00 | 99.00 |
| 02/24/16 | DRD | Draft and file notice of dismissal; draft and file proposed pretrial order. | 1.60 | 340.00 | 544.00 |
| 02/24/16 | PJR | Review draft order on Ozbek dismissal (.1); email exchange with D. Doyle on same (.1). | 0.20 | 495.00 | 99.00 |
| 02/25/16 | PJR | Review order approving Ozbek settlement as entered by court. | 0.10 | 495.00 | 49.50 |
| 03/01/16 | PJR | Prepare for and attend status hearing on Ozbek adversary. | 0.90 | 495.00 | 445.50 |
| 03/22/16 | PJR | Exchange emails with B. Minier regarding Pellijeff. | 0.10 | 495.00 | 49.50 |
| 04/05/16 | PJR | Exchange emails with R. Rosenfeld on status of Pellijeff adversary. | 0.20 | 495.00 | 99.00 |
| 04/06/16 | PJR | Email to B. Minier regarding Pellijeff. | 0.10 | 495.00 | 49.50 |
| 04/11/16 | PJR | Telephone conference with B. Minier regarding settlement of Pellijeff complaint. | 0.20 | 495.00 | 99.00 |
| 04/11/16 | PJR | Drafting memorandum to Trustee regarding Newedge matters. | 2.70 | 495.00 | 1,336.50 |
| 04/12/16 | PJR | Review settlement offer from B. Minier on Pellijeff (.3); email to Trustee on same (.1); email to B. Minier on same (.1). | 0.50 | 495.00 | 247.50 |
| 04/28/16 | PJR | Exchange emails with B. Minier on Pellijeff. | 0.20 | 495.00 | 99.00 |
| 05/17/16 | PJR | Exchange emails with M. Ross re Pellijeff settlement proposal. | 0.30 | 495.00 | 148.50 |
| 05/18/16 | PJR | Review materials on Pellijeff avoidance action in context of considering settlement offer (.5); lengthy telephone conference with M. Ross on same (.6); exchange emails with B. Minier on Pellijeff trader agreement (.2); exchange follow up emails with M. Ross on Pellijeff documents and review same (.4). | 1.70 | 495.00 | 841.50 |
| 05/19/16 | PJR | Telephone conference with B. Minier regarding Pellijeff issues. | 0.20 | 495.00 | 99.00 |
| 05/25/16 | PJR | Exchange emails with M. Primoff and N. Balluku regarding document production issues in pending avoidance actions. | 0.30 | 495.00 | 148.50 |
| 05/25/16 | PJR | Exchange emails with B. Minier regarding Pellijeff trader agreement (.1); brief review of trader agreement (.2). | 0.30 | 495.00 | 148.50 |
| 05/26/16 | PJR | Email to M. Ross regarding Pellijeff trader agreement. | 0.20 | 495.00 | 99.00 |
| 06/28/16 | PJR | Exchange emails with B. Minier regarding Pellijeff action. | 0.10 | 495.00 | 49.50 |
| 08/08/16 | PJR | Exchange emails with B. Minier on Pellijeff adversary. | 0.20 | 495.00 | 99.00 |
| 08/12/16 | PJR | Exchange emails with M. Ross on Pellijeff issues. | 0.20 | 495.00 | 99.00 |
| 08/16/16 | PJR | Prepare for and participate in telephone conference with M. Ross regarding Pellijeff claim and associated settlement issues. | 0.60 | 495.00 | 297.00 |

**Shaw Fishman Glantz & Towbin LLC**

Robert S. Rosenfeld as Turstee
I.D. 10676-001 - PJR
Re: Buttonwood Group Trading, LLC

June 10, 2018
Invoice 32684

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/17/16 | PJR | Exchange emails with M. Ross regarding Pellijeff settlement parameters (.3); exchange emails with B. Minier on same (.1). | 0.40 | 495.00 | 198.00 |
| 09/23/16 | PJR | Telephone conference with B. Minier regarding Pellijeff settlement offer (.2); exchange follow up emails with B. Minier on same (.3); draft and edit settlement agreement on same (.6); exchange emails with R. Rosenfeld on same (.2). | 1.30 | 495.00 | 643.50 |
| 09/27/16 | PJR | Telephone conference with M. Ross regarding Newedge documents in context of avoidance action document productions (.2); review files on Newedge documents responsive to avoidance defendant requests (1.1); exchange emails with M. Ross on same (.3). | 1.60 | 495.00 | 792.00 |
| 10/04/16 | PJR | Exchange emails with B. Minier on Pellijeff deal. | 0.20 | 495.00 | 99.00 |
| 10/11/16 | PJR | Exchange emails with B. Minier on Pellijeff settlement agreement. | 0.20 | 495.00 | 99.00 |
| 10/13/16 | PJR | Exchange emails with R. Rosenfeld on Pellijeff settlement. | 0.20 | 495.00 | 99.00 |
| 10/14/16 | PJR | Exchange emails with B. Minier on Pellijeff deal (.2); draft 9019 motion to compromise Pellijeff claim (1.2). | 1.40 | 495.00 | 693.00 |
| 10/17/16 | PJR | Exchange emails with B. Minier regarding Pellijeff settlement agreement (.3); edit 9019 motion on same (.7); draft and edit form of order on same (.4). | 1.40 | 495.00 | 693.00 |
| 10/18/16 | PJR | Edits to Pellijeff 9019 motion papers. | 0.50 | 495.00 | 247.50 |
| 11/08/16 | PJR | Prepare for and attend hearing on motion to approve compromise with Pellijeff (1.3); exchange emails with Trustee on same and payment arrangements (.2). | 1.50 | 495.00 | 742.50 |
| 11/11/16 | PJR | Exchange emails with R. Rosenfeld on Pellijeff settlement (.2); exchange emails with B. Minier on same. (.1). | 0.30 | 495.00 | 148.50 |
| 11/14/16 | PJR | Exchange emails with B. Minier on Pellijeff settlement payment. | 0.20 | 495.00 | 99.00 |
| 11/15/16 | PJR | Exchange emails with B. Minier on settlement payment (.1); exchange emails with Trustee on same (.1). | 0.20 | 495.00 | 99.00 |
| 11/23/16 | PJR | Exchange emails with R. Rosenfeld on Pellijeff settlement payment and related issues (.3); draft and edit stipulation of dismissal (.4); exchange emails with B. Minier on same (.2). | 0.90 | 495.00 | 445.50 |
| 11/28/16 | PJR | Exchange emails with B. Minier on dismissal stip for Pellijeff; edits to same. | 0.30 | 495.00 | 148.50 |
| 11/10/17 | PJR | Review Horn settlement agreement (.2); exchange emails with R. Rosenfeld on same and strategic options (.3). | 0.50 | 495.00 | 247.50 |
| | | **Avoidance Actions Totals** | **36.70** | | **16,224.50** |

**Case Administration**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/08/15 | PJR | Exchange emails with R. Rosenfeld regarding reporting matters. | 0.30 | 475.00 | 142.50 |
| 10/09/15 | PJR | Review order authorizing Trustee to pay interim fee balances (.1); exchange emails with Trustee on same (.1). | 0.20 | 475.00 | 95.00 |
| 10/28/15 | PJR | Review order on judge reassignment (.1); email to client on same (.1). | 0.20 | 475.00 | 95.00 |

Page: 4

**Shaw Fishman Glantz & Towbin LLC**

Robert S. Rosenfeld as Turstee
I.D. 10676-001 - PJR
Re: Buttonwood Group Trading, LLC

June 10, 2018
Invoice 32684

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/05/15 | PJR | Telephone conference with R. Rosenfeld regarding recovery analysis and projections. | 0.20 | 475.00 | 95.00 |
| 12/13/15 | PJR | Exchange emails with Trustee on reporting matters. | 0.10 | 475.00 | 47.50 |
| 01/06/16 | PJR | Exchange emails with R. Rosenfeld regarding status of pending matters. | 0.30 | 495.00 | 148.50 |
| 04/19/16 | PJR | Review documents forwarded from Thompson & Coburn regarding prepetition litigation. | 0.30 | 495.00 | 148.50 |
| 04/20/16 | PJR | Telephone conference with Thompson Coburn clerk regarding correspondence addressed to Debtor (.1); review correspondence and enclosures on TT litigation (.3). | 0.40 | 495.00 | 198.00 |
| 05/17/16 | PJR | Continue drafting and editing motion to abandon potential Newedge claims. | 2.30 | 495.00 | 1,138.50 |
| 05/17/16 | PJR | Exchange emails with R. Rosenfeld on bond premium issues. | 0.20 | 495.00 | 99.00 |
| 06/16/16 | PJR | Email to court regarding proposed order on abandonment motion (.1); exchange emails with H. Israel on same (.1). | 0.20 | 495.00 | 99.00 |
| 07/05/16 | PJR | Review draft trustee report and associated email from R. Rosenfeld on same. | 0.20 | 495.00 | 99.00 |
| 07/11/16 | PJR | Review and edit Trustee report as of 6-30-16 (.2); exchange emails with Trustee on same (.2). | 0.40 | 495.00 | 198.00 |
| 07/12/16 | PJR | Exchange emails with R. Rosenfeld regarding Trustee report and status of pending matters. | 0.30 | 495.00 | 148.50 |
| 08/04/16 | PJR | Review email from Trustee regarding status of case. | 0.10 | 495.00 | 49.50 |
| 12/15/16 | PJR | Telephone conference with N. Balluku regarding anticipated litigation expense for remaining avoidance actions. | 0.20 | 495.00 | 99.00 |
| 12/19/16 | PJR | Exchange emails with R. Rosenfeld regarding litigation expenses. | 0.20 | 495.00 | 99.00 |
| 01/07/17 | PJR | Exchange emails with E. Neveau regarding litigation support bill and court approval.. | 0.20 | 495.00 | 99.00 |
| 01/09/17 | PJR | Review Trustee's Form 1 and Form 2 for period ending 12-31-16 (.2); draft and edit notice of same (.1). | 0.30 | 495.00 | 148.50 |
| 02/15/17 | PJR | Exchange emails with R. Rosenfeld regarding payment of litigation support services invoice. | 0.20 | 495.00 | 99.00 |
| 03/10/17 | PJR | Email to E. Neveau regarding litigation support invoice. | 0.10 | 495.00 | 49.50 |
| 03/24/17 | PJR | Draft and edit motion to pay administrative expense to United Lex (.8); draft and edit order on same (.3). | 1.10 | 495.00 | 544.50 |
| 04/04/17 | PJR | Prepare for and attend hearing on motion to pay United Lex (.8); email to R. Rosenfeld on same (.1). | 0.90 | 495.00 | 445.50 |
| 04/05/17 | PJR | Review UnitedLex order as entered (.1); email to R. Rosenfeld on same (.1). | 0.20 | 495.00 | 99.00 |
| 07/08/17 | PJR | Review Trustee report for period ending June 30, 2017 and exchange emails with R. Rosenfeld on same (.3); draft and edit notice of filing for same (.2). | 0.50 | 495.00 | 247.50 |
| 07/09/17 | PJR | Exchange email with R. Rosenfeld on filed trustee report for period ending 6-30-17 and estate administration issues. | 0.30 | 495.00 | 148.50 |

**Shaw Fishman Glantz & Towbin LLC**

Robert S. Rosenfeld as Turstee
I.D. 10676-001 - PJR
Re: Buttonwood Group Trading, LLC

June 10, 2018
Invoice 32684

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/29/17 | PJR | Exchange emails with M. Ross on claims review and analysis and related issues. | 0.30 | 495.00 | 148.50 |
| 10/02/17 | PJR | Review claims spreadsheet prepared by M. Ross and review associated files on same (.4); prepare for and participate in conference call with M. Ross to discuss claims resolution (.5). | 0.90 | 495.00 | 445.50 |
| 11/09/17 | PJR | Exchange emails with R. Rosenfeld and M. Ross regarding distribution issues (.3); review chart from M. Ross on same (.1). | 0.40 | 495.00 | 198.00 |
| 11/30/17 | PJR | Review APKS final fee application (.3); email exchange and telephone conference with R. Rosenfeld on same and related estate distribution issues (.3). | 0.60 | 495.00 | 297.00 |
| 12/01/17 | PJR | Telephone conference with D. Dugan regarding status of case and related issues. | 0.20 | 495.00 | 99.00 |
| 12/08/17 | PJR | Exchange emails with Trustee on pending admin issues. | 0.20 | 495.00 | 99.00 |
| 12/16/17 | PJR | Review order approving final APKS fee app (.1); email to R. Rosenfeld on same (.1). | 0.20 | 495.00 | 99.00 |
| 01/06/18 | PJR | Review Trustee year end reports and coordinate filing and service of same. | 0.50 | 495.00 | 247.50 |
| 01/15/18 | PJR | Exchange emails with R. Rosenfeld on final Horn settlement payment. | 0.20 | 495.00 | 99.00 |
| 01/22/18 | PJR | Review files on Thompson & Coburn retainer issue (.4); telephone conference with R. Rosenfeld on same and remaining case administration issues (.3). | 0.70 | 495.00 | 346.50 |
| 01/29/18 | PJR | Review latest claims spreadsheet and related materials from M. Ross (.3); prepare for and participate in call with M. Ross on same (.4). | 0.70 | 495.00 | 346.50 |
| 02/12/18 | PJR | Exchange emails with R. Rosenfeld regarding Charlesworth claim disparity (.2); review Charlesworth POC's and supporting documents in connection with same (1.4). | 1.60 | 495.00 | 792.00 |
| 02/28/18 | PJR | Exchange emails with V. Lazar on Charlesworth claim (.3); review Charlesworth documents in connection with same (.4); exchange emails with R. Rosenfeld on same (.2). | 0.70 | 495.00 | 346.50 |
| 03/01/18 | PJR | Exchange emails with R. Rosenfeld regarding Charlesworth claim. | 0.30 | 495.00 | 148.50 |
| 03/05/18 | PJR | Telephone conference with V. Lazar on Charlesworth claim (.3); follow up email exchange with V. Lazar on same (.3). | 0.60 | 495.00 | 297.00 |
| 03/06/18 | PJR | Exchange emails with R. Rosenfeld re Charlesworth claim. | 0.20 | 495.00 | 99.00 |
| 03/12/18 | PJR | Exchange emails with V. Lazar on Charlesworth claim; assess Charlesworth claim calculations. | 0.50 | 495.00 | 247.50 |
| 03/13/18 | PJR | Exchange emails with R. Rosenfeld on Charlesworth claim. | 0.30 | 495.00 | 148.50 |
| 03/15/18 | PJR | Exchange emails with V. Lazar on status of estate. | 0.20 | 495.00 | 99.00 |
| 03/22/18 | PJR | Exchange emails with R. Rosenfeld and M. Ross regarding Charlesworth claim and related issues. | 0.40 | 495.00 | 198.00 |
| 03/26/18 | PJR | Prepare for telephone conference with M. Ross on Charlesworth and associated review of docs on same (.5); emails and telephone conference with M. Ross on same (.3). | 0.80 | 495.00 | 396.00 |

**Shaw Fishman Glantz & Towbin LLC**

Robert S. Rosenfeld as Turstee
I.D. 10676-001 - PJR
Re: Buttonwood Group Trading, LLC

June 10, 2018
Invoice 32684

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/27/18 | PJR | Telephone conference with D. Dugan regarding case status. | 0.20 | 495.00 | 99.00 |
| 03/27/18 | PJR | Telephone conference with M. Ross regarding BGT records on Charlesworth claim. | 0.40 | 495.00 | 198.00 |
| 03/28/18 | PJR | Continue review and assessment of BTG/Charlesworth documents (.6); draft and edit proposed settlement communication to Charlesworth on same (.8); email exchanges with R. Rosenfeld and M. Ross on same (.3). | 1.70 | 495.00 | 841.50 |
| 03/29/18 | PJR | Exchange emails with M. Ross on Charlesworth claim (.3); telephone conference and email exchange with V. Lazar on same (.3). | 0.60 | 495.00 | 297.00 |
| 04/03/18 | PJR | Telephone conference and email exchange with V. Lazar regarding Charlesworth claim and settlement parameters (.5); exchange emails with R. Rosenfeld on same (.3). | 0.80 | 495.00 | 396.00 |
| 04/04/18 | PJR | Exchange emails with R. Rosenfeld on Charlesworth claim and related issues. | 0.20 | 495.00 | 99.00 |
| 04/12/18 | PJR | Exchange emails with V. Lazar on Charlesworth claim compromise (.3); email to M. Ross on same (.1). | 0.40 | 495.00 | 198.00 |
| 04/13/18 | PJR | Exchange emails with M. Ross on claims issues (.1); review email from V. Lazar on Charlesworth (.1). | 0.20 | 495.00 | 99.00 |
| 04/16/18 | PJR | Exchange emails with R. Rosenfeld on resolution of Charlesworth claim and related issues. | 0.20 | 495.00 | 99.00 |
| 04/26/18 | PJR | Exchange emails with R. Rosenfeld and V. Lazar on Charlesworth claim. | 0.20 | 495.00 | 99.00 |
| 05/01/18 | PJR | Review amended Charlesworth proof of claim (.2); exchange emails with V. Lazar on same (.1); exchange emails with R. Rosenfeld on same (.1). | 0.40 | 495.00 | 198.00 |
| 05/02/18 | PJR | Exchange emails with R. Rosenfeld on potential sale of residue assets (.2); follow up telephone conference with R. Rosenfeld on same (.1). | 0.30 | 495.00 | 148.50 |
| 05/03/18 | PJR | Exchange emails with R. Rosenfeld regarding claims and estate administration issues and Oak Point inquiry (.3); confer with R. Fogel on same (.2). | 0.80 | 495.00 | 396.00 |
| 05/04/18 | PJR | Exchange emails with M. Ross and R. Rosenfeld on claims reconciliation and estate wrap up issues (.3); brief review of spreadsheets on same (.2). | 0.50 | 495.00 | 247.50 |
| 05/06/18 | PJR | Exchange emails with R. Rosenfeld on Charlesworth claim. | 0.30 | 495.00 | 148.50 |
| 05/07/18 | PJR | Exchange emails with R. Rosenfeld regarding tax reporting issues (.3); exchange emails with R. Fogel on same (.2). | 0.50 | 495.00 | 247.50 |
| 05/08/18 | PJR | Exchange emails with R. Rosenfeld regarding final distribution issues (.2); exchange emails with R. Rosenfeld regarding Oak Point expression of interest (.2); review Guava Tech bill of sale in connection with same (.4). | 0.80 | 495.00 | 396.00 |
| 05/10/18 | PJR | Exchange emails with R. Rosenfeld regarding Oak Point expression of interest and related issues. | 0.40 | 495.00 | 198.00 |

**Shaw Fishman Glantz & Towbin LLC**

Robert S. Rosenfeld as Turstee
I.D. 10676-001 - PJR
Re: Buttonwood Group Trading, LLC

June 10, 2018
Invoice 32684

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/14/18 | PJR | Telephone conference and email exchange with J. Alwin regarding Oak Point interest in remnant assets (.3); exchange emails with R. Rosenfeld on same (.1). | 0.40 | 495.00 | 198.00 |
| 05/17/18 | PJR | Review claims register and available settlement agreements with claim waivers (.4); email to M. Ross on same and Scenery Station priority claim (.3); assess priority issues related to Scenery Station claim (.4). | 1.10 | 495.00 | 544.50 |
| 05/18/18 | PJR | Exchange emails with M. Ross and R. Rosenfeld on claim reconciliation issues (.3); draft and edit email to Matt O'Connell on Scenery Station claim and priority issues (.7); draft form of amended proof of claim on same (.3). | 1.30 | 495.00 | 643.50 |
| 05/21/18 | PJR | Exchange emails with M. O'Connell and R. Rosenfeld regarding Scenary Station claim. | 0.40 | 495.00 | 198.00 |
| 05/22/18 | PJR | Draft and edit amended proof of claim for Scenary Station (.4); email to M. O'Connell on same (.1). | 0.50 | 495.00 | 247.50 |
| 05/25/18 | PJR | Telephone conference with D. Dugan on status. | 0.20 | 495.00 | 99.00 |
| 05/29/18 | PJR | Follow up email to M. O'Connell on Scenary Station claim. | 0.10 | 495.00 | 49.50 |
| 05/31/18 | PJR | Draft omnibus claim objection on satisfied claims. | 1.20 | 495.00 | 594.00 |
| 06/01/18 | PJR | Draft objection to Scenery Station claim. | 0.80 | 495.00 | 396.00 |
| 06/02/18 | PJR | Exchange emails with M. O'Connell on amended Scenery Station claim (.3); exchange emails with R. Rosenfeld on same (.2) | 0.50 | 495.00 | 247.50 |
| 06/04/18 | PJR | Edits to omnibus objection to released claims. | 0.90 | 495.00 | 445.50 |
| 06/05/18 | PJR | Exchange emails with R. Rosenfeld regarding omnibus objection. | 0.20 | 495.00 | 99.00 |
| | | **Case Administration Totals** | **36.90** | | **18,245.50** |

**Debtor Investigation**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/06/15 | PJR | Exchange emails with M. Ross regarding Newedge issues (.2); exchange emails with R. Rosenfeld on same (.1). | 0.30 | 475.00 | 142.50 |
| 10/07/15 | PJR | Prepare for and participate in telephone conference with M. Ross regarding Newedge investigation. | 0.50 | 475.00 | 237.50 |
| 10/09/15 | PJR | Review most recent communications with Newedge on open issues (.3); exchange emails with M. Ross on same (.2) | 0.50 | 475.00 | 237.50 |
| 10/13/15 | PJR | Telephone conference and email exchange with M. Ross regarding Newedge investigation. | 0.30 | 475.00 | 142.50 |
| 10/19/15 | PJR | Review and analysis of Newedge agreements (1.2); prepare for and participate in lengthy telephone conference with M. Ross regarding Newedge issues (.7); review and analyze spreadsheet on Newedge balances (.4). | 2.30 | 475.00 | 1,092.50 |
| 10/22/15 | PJR | Continued review and analysis of Newedge agreements and related documents (1.5); prepare for and participate in conference call with R. Rosenfeld and M. Ross regarding Newedge transactions and related matters (.7). | 2.20 | 475.00 | 1,045.00 |
| 10/26/15 | PJR | Review updated Newedge financial analysis (.3); exchange emails | 0.50 | 475.00 | 237.50 |

**Shaw Fishman Glantz & Towbin LLC**

Robert S. Rosenfeld as Turstee
I.D. 10676-001 - PJR
Re: Buttonwood Group Trading, LLC

June 10, 2018
Invoice 32684

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | with M. Ross and R. Rosenfeld on same (.2). | | | |
| 10/27/15 | PJR | Prepare for (.4) and participate in conference call (.7) with R. Rosenfeld and M. Ross regarding Newedge analysis and related issues. | 1.10 | 475.00 | 522.50 |
| 10/30/15 | PJR | Review and analyze revised spreadsheet from M. Ross on Newedge transactions (.5); telephone conference and email exchange with Trustee regarding Newedge investigation and related issues (.4); telephone conference with M. Primoff on same (.2). | 1.10 | 475.00 | 522.50 |
| 11/02/15 | PJR | Exchange emails with M. Primoff regarding Newedge tolling agreement extension. | 0.20 | 475.00 | 95.00 |
| 11/04/15 | PJR | Edits to working analysis of Newedge issues (1.5); exchange emails with R. Rosenfeld and M. Ross on same (.3); email to M. Primoff regarding same (.1). | 1.90 | 475.00 | 902.50 |
| 11/08/15 | PJR | Review emails from R. Rosenfeld and M. Ross regarding Newedge tolling agreement. | 0.10 | 475.00 | 47.50 |
| 11/12/15 | PJR | Exchange emails with R. Rosenfeld regarding Newedge investigation (.2); exchange emails with M. Primoff on information/meeting request (.1). | 0.30 | 475.00 | 142.50 |
| 11/13/15 | PJR | Telephone conference with M. Ross regarding status of Newedge discussions. | 0.10 | 475.00 | 47.50 |
| 11/19/15 | PJR | Exchange emails with Trustee regarding Newedge investigation (.2); email to M. Primoff on same (.2). | 0.40 | 475.00 | 190.00 |
| 11/23/15 | PJR | Review analyses on BGT/Newedge collateral position (.5); exchange emails with R. Rosenfeld and M. Ross on same (.3); email to M. Primoff on same (.3). | 1.10 | 475.00 | 522.50 |
| 12/21/15 | PJR | Exchange emails with M. Primoff regarding Newedge tolling agreement. | 0.20 | 475.00 | 95.00 |
| 01/18/16 | PJR | Review documents from Newedge and exchange emails with M. Primoff on same (.3); exchange emails with R. Rosenfeld and M. Ross on same (.2). | 0.50 | 495.00 | 247.50 |
| 01/19/16 | PJR | Exchange emails with R. Rosenfeld and M. Ross regarding Newedge issues. | 0.30 | 495.00 | 148.50 |
| 01/20/16 | PJR | Exchange emails with M. Primoff regarding Newedge documents (.2); prepare for and participate in conference call with R. Rosenfeld and M. Ross regarding Newedge matters and transactions (.7); follow up email to M. Ross on same (.2). | 1.10 | 495.00 | 544.50 |
| 01/22/16 | PJR | Exchange emails with M. Primoff regarding Newedge documents and tolling agreement (.2); email to R. Rosenfeld and M. Ross on same (.1); brief review of Newedge docs. (.3). | 0.60 | 495.00 | 297.00 |
| 01/23/16 | PJR | Exchange emails with R. Rosenfeld regarding Newedge matters. | 0.10 | 495.00 | 49.50 |
| 01/25/16 | PJR | Brief review of information provided by Newedge on liquidiation of BGT collateral position and related matters (.3); telephone conference and email exchange with M. Primoff on same and Newedge tolling agreement (.3); exchange emails with R. | 0.80 | 495.00 | 396.00 |

**Shaw Fishman Glantz & Towbin LLC**

Robert S. Rosenfeld as Turstee
I.D. 10676-001 - PJR
Re: Buttonwood Group Trading, LLC

June 10, 2018
Invoice 32684

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Rosenfeld and M. Ross on same (.2). | | | |
| 01/26/16 | PJR | Exchange emails with M. Ross regarding Newedge documents (.2); initial review of related documents from M. Ross regarding Newedge matters (.3). | 0.50 | 495.00 | 247.50 |
| 02/06/16 | PJR | Exchange emaiils with Trustee re Newedge issues. | 0.10 | 495.00 | 49.50 |
| 02/08/16 | PJR | Review T&C documents related to Newedge matters (.6); prepare for and participate in conference call with R. Rosenfeld and M. Ross regarding same (.6). | 1.20 | 495.00 | 594.00 |
| 02/09/16 | PJR | Telephone conference and email exchange with M. Primoff regarding Newedge tolling agreement. | 0.20 | 495.00 | 99.00 |
| 02/18/16 | PJR | Telephone conference with M. Primoff regarding Newedge issues (.3); exchange emails with M. Ross on same (.2). | 0.50 | 495.00 | 247.50 |
| 02/22/16 | PJR | Telephone conferences and email exchange with M. Ross regarding Newedge issues (.4); review revised analysis of same and evaluate in context of assessment of Newedge claims (.5). | 0.90 | 495.00 | 445.50 |
| 02/23/16 | PJR | Exchange emails with R. Rosenfeld regarding Newedge issues (.2); telephone conference and email exchange with M. Ross regarding same (.5); follow up edits to rolling outline of Newedge issues (.4). | 1.10 | 495.00 | 544.50 |
| 02/24/16 | PJR | Prepare for and participate in lengthy conference call with R. Rosenfeld and M. Ross regarding Newedge matters (1.6); telephone conference and email with M. Primoff on same (.3). | 1.90 | 495.00 | 940.50 |
| 03/09/16 | PJR | Analyze Newedge claim and supporting documents (.5); exchange emails with R. Rosenfeld on same (.2). | 0.70 | 495.00 | 346.50 |
| 03/10/16 | PJR | Review and analysis of Newedge documents,potential causes of action, and restrictions of 546(e) safe harbor (2.9); lengthy telephone conference with Trustee on same (.8). | 3.70 | 495.00 | 1,831.50 |
| 03/11/16 | PJR | Exchange emails with M. Primoff on Newedge. | 0.20 | 495.00 | 99.00 |
| 03/16/16 | PJR | Telephone conference with M. Primoff regarding Newedge issues. | 0.20 | 495.00 | 99.00 |
| 03/24/16 | PJR | Continued assessment of Newedge matter and potential causes of action (2.6); telephone conference with R. Rosenfeld on same (.2). | 2.80 | 495.00 | 1,386.00 |
| 03/25/16 | PJR | Telephone conference and email with M. Primoff regarding Newedge matters. | 0.30 | 495.00 | 148.50 |
| 04/07/16 | PJR | Analysis and review of Newedge issues in preparation for drafting comprehensive memorandum to client on same. | 1.90 | 495.00 | 940.50 |
| 04/20/16 | PJR | Continued drafting of memorandum to Trustee regarding Newedge issues. | 1.80 | 495.00 | 891.00 |
| 04/21/16 | PJR | Continued drafting and editing to comprehensive memorandum to Trustee on Newedge issues (3.7); email to Trustee on same (.1). | 3.80 | 495.00 | 1,881.00 |
| 04/22/16 | PJR | Exchange emails with M. Primoff on Newedge (.2); telephone conference with R. Rosenfeld on same (.3). | 0.50 | 495.00 | 247.50 |
| 05/20/16 | PJR | Further drafting and edits to Newedge abandonment motion (2.9); exchange emails with R. Rosenfeld on same (.3); exchange emails with M. Primoff regarding extension of tolling agreement (.2). | 3.50 | 495.00 | 1,732.50 |

**Shaw Fishman Glantz & Towbin LLC**

Robert S. Rosenfeld as Turstee
I.D. 10676-001 - PJR
Re: Buttonwood Group Trading, LLC

June 10, 2018
Invoice 32684

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/25/16 | PJR | Exchange emails with R. Rosenfeld regarding Newedge abandonment motion (.2); final edits to motion and proposed order on same (.5); draft and edit notice on same (.4). | 1.10 | 495.00 | 544.50 |
| 06/07/16 | PJR | Telephone conference with H. Israel regarding motion to abandon Newedge claims and related issues (.3); telephone conference with N. Balluku on same (.2). | 0.50 | 495.00 | 247.50 |
| 06/08/16 | PJR | Exchange emails with M. Primoff regarding extension of Newedge tolling agreement (.2); prepare for and attend court hearing on motion to abandon Newedge claim (1.8); draft and edit scheduling order (.8); follow up emails with H. Israel on same (.3). | 3.00 | 495.00 | 1,485.00 |
| 06/10/16 | PJR | Exchange emails with M. Primoff regarding Newedge abandonment motion and tolling agreement (.3); email to R. Rosenfeld on same (.1). | 0.40 | 495.00 | 198.00 |
| 08/02/16 | PJR | Telephone conference with H. Israel regarding Newedge abandonment motion (.2); prepare for and attend hearing on Newedge abandonment motion (1.2); exchange emails with R. Rosenfeld on same (.2). | 1.60 | 495.00 | 792.00 |
| 08/03/16 | PJR | Review order on Newedge abandonment motion (.1); telephone conference with L. Smith regarding form of order (.2). | 0.30 | 495.00 | 148.50 |
| 08/09/16 | PJR | Exchange emails with M. Primoff and R. Rosenfeld regarding Newedge abandonment. | 0.30 | 495.00 | 148.50 |
| | | **Debtor Investigation Totals** | **49.50** | | **24,240.50** |

**Employment/Compensation**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/05/15 | PJR | Exchange emails with M. Primoff regarding motion for authority to pay allowed fees and expenses. | 0.20 | 475.00 | 95.00 |
| 10/07/15 | PJR | Prepare for and attend hearing on motion for authority to pay interim approved professional fees (1.1); exchange several emails with R. Rosenfeld, M. Primoff and N. Hampton on same (.6); exchange emails with P. Siddiqui on same (.1). | 1.80 | 475.00 | 855.00 |
| 10/27/15 | PJR | Exchange emails with R. Rosenfeld regarding second interim fee applications and related issues. | 0.20 | 475.00 | 95.00 |
| 11/05/15 | PJR | Exchange emails with R. Rosenfeld regarding preparation of second interim fee apps. | 0.20 | 475.00 | 95.00 |
| 11/12/15 | PJR | Exchange emails with M. Ross and R. Rosenfeld on fee applications (.2); exchange emails with M. Primoff on same (.1). | 0.30 | 475.00 | 142.50 |
| 11/13/15 | PJR | Review email from Trustee on expense application. | 0.10 | 475.00 | 47.50 |
| 11/16/15 | PJR | Draft and edit second interim application of Shaw Fishman and associated exhibits (2.9); exchange emails with M. Ross on RSR fee application and related issues (.2). | 3.10 | 475.00 | 1,472.50 |
| 11/17/15 | PJR | Exchange emails with M. Ross on fee applications (.2); exchange emails with N. Hampton on fee applications (.2); review draft fee applications of RSR, Trustee and Kaye Scholer in context of | 1.50 | 475.00 | 712.50 |

**Shaw Fishman Glantz & Towbin LLC**

Robert S. Rosenfeld as Turstee
I.D. 10676-001 - PJR
Re: Buttonwood Group Trading, LLC

June 10, 2018
Invoice 32684

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | coordination of filings to minimize expense (.5); edits to SF fee application and time records (.6). | | | |
| 11/18/15 | PJR | Exchange emails with M. Ross on fee applications (.1); draft and edit proposed orders for RSR fee application, Kaye Scholer fee application and Trustee expense reimbursement application (.9); draft and edit notice of hearing on RSR, KS, Trustee, and SF fee applications (.7); draft and edit applicaiton coversheets for RSR, KS, Trustee, and SF fee applications (.8); telephone conference and email exchange with N. Hampton regarding KS fee application (.4); edits to Shaw Fishman fee application (1.1); coordinate service and filing of fee applications (.3). | 4.30 | 475.00 | 2,042.50 |
| 11/19/15 | PJR | Email to Trustee regarding filed fee applications (.1); email to N. Hampton on same (.1). | 0.20 | 475.00 | 95.00 |
| 12/09/15 | PJR | Prepare for and attend hearing on 2d interim fee applications (.9); exchange emails with Trustee on same (.2). | 1.10 | 475.00 | 522.50 |
| 12/13/15 | PJR | Exchange emails with M. Ross regarding court's rulings on second interim RSR fee app. | 0.10 | 475.00 | 47.50 |
| 05/17/18 | PJR | Begin drafting final fee application of Shaw Fishman. | 1.20 | 495.00 | 594.00 |
| 05/29/18 | PJR | Continue drafting final fee application of Shaw Fishman. | 1.90 | 495.00 | 940.50 |
| | | **Employment/Compensation Totals** | **16.20** | | **7,757.00** |

**Liquidation of Assets**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/17/15 | PJR | Exchange emails with R. Rosenfeld on Spread Networks equipment issue (.2); exchange emails with J. Booth on same (.3). | 0.50 | 475.00 | 237.50 |
| 12/22/15 | PJR | Exchange emails with M. Ross regarding Spread Networks equipment. | 0.10 | 475.00 | 47.50 |
| 12/23/15 | PJR | Telephone conference with M. Ross regarding Spread Networks equipment issue. | 0.20 | 475.00 | 95.00 |
| 06/06/16 | PJR | Review emails from Spread Networks on equipment issue (.3); exchange emails with R. Rosenfeld on same (.3). | 0.60 | 495.00 | 297.00 |
| | | **Liquidation of Assets Totals** | **1.40** | | **677.00** |
| | | **Total Fees** | **140.70** | | **$67,144.50** |

**Disbursements**

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 10/14/15 | Pacer Research; (DRD) | | | | 2.70 |
| 11/16/15 | Pacer Research; Claims register, List of Creditors (PMF) | | | | 6.50 |
| 11/16/15 | Pacer Research; Docket (SBT) | | | | 7.60 |
| 11/19/15 | Pacer Research; Docket (PJR) | | | | 16.30 |
| 11/19/15 | Photocopy; Fee Application (C. Knez) | 139 | @ | 0.10 | 13.90 |

Page: 12

**Shaw Fishman Glantz & Towbin LLC**

Robert S. Rosenfeld as Turstee
I.D. 10676-001 - PJR
Re: Buttonwood Group Trading, LLC

June 10, 2018
Invoice 32684

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 12/01/15 | Pacer Research; (DRD) | | | | 2.80 |
| 01/14/16 | Pacer Research; Docket (PJR) | | | | 7.30 |
| 02/09/16 | Parking/Taxi; Cab Fare - Bankruptcy Court - Continued Status Hearing (DRD); David R. Doyle | | | | 8.50 |
| 02/22/16 | Pacer Research; (PJR) | | | | 6.70 |
| 02/23/16 | Parking/Taxi; Cab Fare to Bankruptcy Court for Hearing (DRD); David R. Doyle | | | | 7.00 |
| 02/23/16 | Pacer Research; (DRD) | | | | 3.40 |
| 03/10/16 | Pacer Research; (PJR) | | | | 12.40 |
| 03/24/16 | Westlaw; 546 (E) (PJR); West Group | | | | 131.05 |
| 04/12/16 | Pacer Research; (PJR) | | | | 6.40 |
| 05/25/16 | Pacer Research; (PJR) | | | | 4.40 |
| 05/25/16 | Pacer Research; Docket (PJR) | | | | 8.40 |
| 05/25/16 | Photocopy; Notice of Hearing; Motion to Abandon (C. Knez) | 479 | @ | 0.10 | 47.90 |
| 05/26/16 | Pacer Research; Matrix (PJR) | | | | 1.80 |
| 05/31/16 | Postage; Postage for May 2016 | | | | 149.21 |
| 06/01/16 | Photocopy; Notice of hearing, Supplemental Certificate of Service (C. Knez) | 17 | @ | 0.10 | 1.70 |
| 06/01/16 | Pacer Research; Matrix (PJR) | | | | 1.30 |
| 06/08/16 | Pacer Research; (PJR) | | | | 2.10 |
| 06/30/16 | Postage; Postage for June 2016 | | | | 6.05 |
| 08/02/16 | Pacer Research; (PJR) | | | | 1.10 |
| 10/18/16 | Pacer Research; (PJR) | | | | 1.80 |
| 01/10/17 | Pacer Research; (PJR) | | | | 4.80 |
| 11/10/17 | Pacer Research; Horn (PJR) | | | | 0.80 |
| 01/29/18 | Pacer Research; Horn (PJR) | | | | 3.00 |
| 02/28/18 | Pacer Research; Charlesworth (PJR) | | | | 5.20 |
| 05/17/18 | Pacer Research; Claims (PJR) | | | | 5.20 |

| | |
|---|---|
| **Total Disbursements** | **$477.31** |
| **Total Fees and Disbursements** | **$67,621.81** |
| **Total Current Charges** | **$67,621.81** |

**SHAW FISHMAN GLANTZ & TOWBIN LLC**

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert S. Rosenfeld as Turstee
I.D. 10676-001 - PJR
Re: Buttonwood Group Trading, LLC

June 10, 2018
Invoice 32684

**Fee Recap**

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Allen J. Guon | Member | 0.80 | 435.00 | 348.00 |
| Peter J. Roberts | Member | 32.20 | 475.00 | 15,295.00 |
| Peter J. Roberts | Member | 97.70 | 495.00 | 48,361.50 |
| David R Doyle | Associate | 5.20 | 290.00 | 1,508.00 |
| David R Doyle | Associate | 4.80 | 340.00 | 1,632.00 |
| | **Totals** | **140.70** | | **$67,144.50** |

**SHAW FISHMAN GLANTZ & TOWBIN LLC**

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert S. Rosenfeld as Turstee
I.D. 10676-001 - PJR
Re: Buttonwood Group Trading, LLC

June 10, 2018
Invoice 32684

**Fee Recap by Task Code Description**

| Task Code | | Hours | Amount |
|---|---|---|---|
| Avoidance Actions | | 36.70 | 16,224.50 |
| Case Administration | | 36.90 | 18,245.50 |
| Debtor Investigation | | 49.50 | 24,240.50 |
| Employment/Compensation | | 16.20 | 7,757.00 |
| Liquidation of Assets | | 1.40 | 677.00 |
| | **Total Fees** | **140.70** | **$67,144.50** |

**SHAW FISHMAN GLANTZ & TOWBIN LLC**

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert S. Rosenfeld as Turstee
I.D. 10676-001 - PJR
Re: Buttonwood Group Trading, LLC

June 10, 2018
Invoice 32684

## Disbursement Recap

| | Amount |
|---|---|
| Photocopy | 63.50 |
| Pacer Research | 112.00 |
| Parking/Taxi | 15.50 |
| Postage | 155.26 |
| Westlaw | 131.05 |
| **Total Disbursements** | **$477.31** |