**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| BUTTONWOOD GROUP TRADING, LLC, | ) Case No. 13 B 06894 |
| | ) |
| Debtor. | ) Honorable Deborah L. Thorne |
| | ) |
| | ) |

## SUMMARY OF THIRD AND FINAL APPLICATION OF RSR CONSULTING, LLC, ACCOUNTANTS AND FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED DURING THE PERIOD FROM AUGUST 14, 2013 THROUGH MAY 31, 2018, PURSUANT TO 11 U.S.C. 330 AND 331, FED. R. BANKR. P. 2016, AND LOCAL RULE 5082-1

| | |
|---|---|
| Name of Applicant: | RSR Consulting, LLC ("RSR", "Applicant") |
| Authorized to Provide Professional Services to: | Robert Rosenfeld, Chapter 7 Trustee for Buttonwood Group Trading, LLC |
| Date of Retention: | Order was Entered on September 18, 2013 *nunc pro tunc* to August 14, 2013 |
| Period for Which Compensation and Reimbursement are Sought: | August 14, 2013 through May 31, 2018 |
| Total Amount of Compensation sought as Actual, reasonable, and necessary for applicable period: | $     449,876.25[1] |
| Total Amount of Expense Reimbursement sought as actual, reasonable, and necessary for applicable period: for applicable period: | $       8,268.63 |

This is a(n): ___interim  _X_ final application

---

[1] Included in this amount is the following: Final approval and allowance of all compensation previously applied to the Court and allowed for the period August 14, 2013 through September 30, 2015 in the amount of $330,985.00; final approval and allowance for compensation for services for the period October 1, 2015 through May 31, 2018 in the amount of $114,053.75 (the "Third and Final Application Period"); and final approval and allowance of $4,837.50 of previously disallowed fees relating to travel time, meetings with Counsel, and the preparation of the Applicant's First Interim Application.

## FEE APPLICATION SUMMARY

### TIME SUMMARY BY PROFESSIONAL FOR THE THIRD AND FINAL APPLICATION PERIOD
**For the Period of October 1, 2015 through May 31, 2018**

| Employee Name | Title | Hours Billed | Rate[2] | Fees Billed in Application |
|---|---|---|---|---|
| Ross, Marc | Director | 301.20 | $361.27 | $ 108,703.75 |
| Ilene Hellman | Paraprofessional | 2.80 | $125.00 | 350.00 |
| Total fees covering October 1, 2015 through May 31, 2018 | | 304.00 | $358.75 | $ 109.053.75 |
| Additional Fees Estimated to Complete[3] | | 24.00 | $208.33 | 5,000.00 |
| Total Fees | | 328.00 | $347.72 | $ 114,053.75 |

### SUMMARY OF HOURS AND FEES INCURRED BY CATEGORY
**For the Period October 1, 2015 through May 31, 2018**

**Listed below are the hours incurred and associated time charges for each time detail category**

| Time Detail Category | Hours | Fees |
|---|---|---|
| Litigation Support | 221.90 | $ 82,732.50 |
| Financial Analysis and Document Review | 30.30 | 10,882.50 |
| Claim Administration and Objections | 19.00 | 7,125.00 |
| Phone Calls and Correspondence | 14.10 | 5,092.50 |
| Review Fee/Employment Applications | 15.90 | 2,871.25 |
| Claim Distributions | 2.80 | 5,100.00 |
| Totals | 304.00 | 109,053.75 |

---

[2] As stated in RSR's retention application and the Ross affidavit, filed September 10, 2013 [Dkt 56], RSR' current hourly rates are adjusted on an annual basis. Effective January 1, 2016, Mr. Ross' hourly rate was increased to $375 per hour. This rate is consistent with RSR's billing rates for this professional's level. For time related to Fee/Employment Application Preparation, RSR professionals charge ½ the Current Hourly Rate.

[3] RSR estimates incurring an additional 24 hour of professional and para professional time, at a blended rate of $208.33 to complete allowed claims distributions and prepare the necessary final payroll tax returns.

Additional Fees Estimated to Complete Claims
  Distributions and Payroll Tax Returns          5,000.00

Total Fees           $ 114,053.75

Total Expenses[4]           420.38

Total Fees and Expenses Due for the period 10/1/15 through 5/31/18    $ 114,474.13

## SUMMARY OF EXPENSES INCURRED BY CATEGORY FOR THE THIRD AND FINAL APPLICATION PERIOD
### For the Period of October 1, 2015 through May 31, 2018

| Expense Category | Amount |
|---|---|
| Mailing/Postage | $ 197.75 |
| Software for Tax Preparation | 222.63 |
| Total Expenses Requested for the period 10/1/15 through 5/31/18 | $ 420.38 |

---

[4] Total Expenses includes an estimate of an additional $54.30 for tax software necessary to complete the Debtor's final tax returns and $59.26 of additional postage to mail the tax returns and claims distributions.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| | ) Chapter 7 |
| | ) |
| In re: | ) Case No. 13 B 06894 |
| | ) |
| BUTTONWOOD GROUP TRADING, LLC, | ) Honorable Deborah L. Thorne |
| | ) |
| Debtor. | ) |
| | ) |

**THIRD AND FINAL APPLICATION OF RSR CONSULTING, LLC, ACCOUNTANTS
AND FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND EXPENSES INCURRED DURING THE PERIOD FROM
AUGUST 14, 2015 THROUGH MAY 31, 2018 PURSUANT
TO 11 U.S.C. 330 AND 331, FED. R. BANKR. P. 2016, AND LOCAL RULE 5082-1**

RSR Consulting, LLC ("RSR"), Accountants and Financial Advisors to Robert S.

Rosenfeld, the duly-appointed chapter 7 trustee (the "Trustee") for Buttonwood Group Trading,

LLC (the "Debtor"), hereby submits this Third and Final Fee Application (the "Third and Final

Application"), pursuant to §§ 330 and 331 of title 11 of the United States Code (the "Bankruptcy

Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),Rule

5082-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy

Court for the Northern District of Illinois (the "Local Rules"), and the United States Trustee's

Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed

under 11 U.S.C. §330 effective January 30, 1996 (the "U.S. Trustee Guidelines") for (1) final

allowance and approval of compensation of fees for services provided in the amount of

$273,877.50 and reimbursement of actual, reasonable and necessary out-of-pocket expenses in the

amount of $6,681.89 incurred during the period from August 14, 2013 through March 31, 2015

(the "First Interim Application Period") which was previously approved by this Court's prior order

dated June 10, 2015 on [Docket No. 142]; (2) final allowance and approval of compensation of

1

fees for services provided in the amount of $57,107.50 and reimbursement of actual, reasonable

and necessary out-of-pocket expenses in the amount of $1,166.36 incurred during the period from

April 1, 2015 through September 30, 2015 (the "Second Application Period") which was

previously approved by this Court's prior order dated December 9, 2015 on [Docket No. 169][5]; (3)

reconsideration for final allowance and approval of $4,837.50 of previously disallowed fees and

services incurred during the Second Application Period, relating to time incurred in the preparation

of the First Interim Fee Application, attendance at the RSR's first interim fee hearing and meeting

with the Trustee's Counsel to discuss strategy for resolving potential claims and pending

avoidance actions; and (4) final allowance and approval of fees for services provided during the

period October 1, 2015 through May 31, 2018 (the "Third and Final Application Period") in the

amount of $114,053.75 and reimbursement of actual, reasonable and necessary out of pocket

expenses in the amount of $420.38.

In support of this Application, RSR submits the Certification of Marc B. Ross, attached

hereto as **Exhibit A**.  In further support of this Third and Final Application, RSR respectfully states

as follows:

## JURISDICTION

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and

1334.  Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409(a).  Consideration

of this motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(1) and (2)(A)–(B).

---

[5] RSR's Second Interim Fee Application was approved in the amount of $57,107.50 and
$1,166.36, relating to fees and reimbursement of expenses respectively, however the Court
allowed 50% of RSR's fees to be paid and 100% of expenses to be paid currently.  Accordingly,
RSR has been paid $28,553.75 for fees and $1,166.36 for reimbursement of expenses for its
Second Interim Fee Application.

2

2.      The predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code, Rule 2016 of the Bankruptcy Rules, and Rule 5082-1 of the Local Rules.

## BACKGROUND

3.      Prior to January 10, 2013, the Debtor was engaged in the proprietary trading of exchange traded futures and futures options contracts, equity securities, foreign exchange contracts and certain U.S. Government over-the-counter securities.

4.      On January 10, 2013, the Debtor made an assignment for the benefit of creditors (the "Assignment") to Patrick D. Cavanaugh (the "Assignee").

5.      On February 22, 2013, an involuntary bankruptcy petition under Chapter 7 of the Bankruptcy Code was filed against the Debtor, and, on April 10, 2013, an order for Chapter 7 relief was entered by the Court. [Docket No. 27].

6.      On February 26, 2013, the Debtor and the Assignee filed an emergency motion (the "Sale Motion") for authorization to proceed with an auction sale (the "Auction") of certain of the Debtor's assets [Docket No. 6].  This Court granted the Sale Motion on February 27, 2013 [Docket No. 7].

7.      The Auction was held on February 28, 2013.  GuavaTech, Inc. ("GuavaTech") was the successful bidder at the Auction.  The sale of the Debtor's assets to GuavaTech was effected pursuant to a Bill of Sale dated February 28, 2013 (the "GuavaTech Bill of Sale").  Pursuant to the GuavaTech Bill of Sale, the assets sold and assigned to GuavaTech included, among other things, all business and financial records, books and ledgers, whether written or electronically stored or however otherwise recorded, maintained or stored pertaining to the Debtor (collectively, the "Books and Records").

8.      On August 14, 2013 the United States Trustee filed a *Report of Undisputed Election*, providing notice of Mr. Rosenfeld's election as Trustee, and Mr. Rosenfeld accepted the appointment by notice filed August 19, 2013 [*See* Docket Nos. 52, 53].

9.      By order dated September 18, 2013 (the "RSR Retention Order") [Docket No. 64], this Court authorized the retention of RSR as Accountants and Financial Advisors to the Trustee with respect to the above captioned Chapter 7 case (the "Case"), *nunc pro tunc* to August 14, 2013. The RSR Retention Order authorized RSR's retention on the terms and conditions set forth in the *Trustee's Application, Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016, for Approval to Retain and Employ RSR Consulting, LLC as Accountants and Financial Advisors for Trustee Nunc Pro Tunc to August 14, 2013,* (the "RSR Retention Application") [Docket No. 56]. The "Services to Be Rendered" under the RSR Retention Application included the following:

(i)      Perform any investigation that may be undertaken with respect to the acts, conduct, property, liabilities and financial condition of the Debtor, including the operation of any business;

(ii)     Review of Debtor's books and records for related party transactions, potential preferences and fraudulent conveyances;

(iii)    Review, analyze and investigate the financial data of the Debtor and related parties, where appropriate;

(iv)     Assist or prepare Bankruptcy Schedules and Statement of Financial Affairs;

(v)      Assist the Trustee and his counsel in analyzing claims filed against the Debtor's estate;

(vi)     Litigation consulting services and expert witness testimony regarding avoidance actions or other matters;

(vii)    Assist the Trustee and his counsel in the liquidation of the assets of the Debtor as well as the monitoring of all funds generated due to the sale of assets and

(viii)   Provide such other services as may be requested by the Trustee or his counsel.

4

### *Summary of work performed and benefits derived to the Estate*

10.     Upon the initial appointment of the Trustee, the Estate had minimal assets and there were approximately $6.4 million of filed claims by creditors in this matter.  RSR's major role in the case involved assisting the Trustee in the investigation, analysis, and development of over 20 adversary complaints, obtaining, reviewing and piecing together the Debtor's books and records, and preparing analyses from those records, in connection with procuring recoveries of the Debtor's assets. The Debtor's records were in disarray and there were no personnel from the Debtor to assist in the Trustee's review of thousands of pages of the Debtor's books and records.  Through the Trustee's and his professionals' efforts, the Trustee was able to recover over $2 million during the Chapter 7 proceedings.  Such recoveries included the procurement of prepetition professional fee retainers, the monetization of the Debtor's commodity exchange seats ($451,000), and recovery of approximately $1.5 million of avoidance actions.  In addition, after reviewing and litigating many of the avoidance actions in this matter, and further analyzing the remaining claims filed against the Debtor, the Trustee was able to reduce the claims pool, by over $2.8 million, resulting in a meaningful distribution to the creditors.  What initially appeared to be a minimal to no distribution case, turned into a full recovery for priority claimants and a potential distribution of approximately 17% to general unsecured creditors.

### *Detail of Services performed*:

11.     RSR worked with the Trustee and his other professionals to prepare adversary proceedings (the "Adversary Proceedings") against certain parties who received payments and transfers from the Debtor. During March and April 2015, 21 separate Adversary Proceedings were commenced on behalf of the Trustee seeking, among other things:

12.     to avoid and recover transfers of cash and other assets of the Debtor that were made

to the Debtor's insiders and employees through a variety of complex transactions prior to the Petition Date;

13.     to avoid and recover bonuses that were paid to employees of the Debtor on the eve of the Debtor's commencement of an assignment for the benefit of creditors;

14.     to avoid and recover certain payments that were made to insiders of the Debtor on the eve of the assignment for the benefit of creditors to settle claims that such insiders had asserted against the Debtor;

15.     to recover damages on account of improper distributions that were made to holders of equity interests in the Debtor through the assertion of state law claims under both Delaware and Illinois law;

16.     to obtain the turnover of valuable shares in the Chicago Mercantile Exchange that were transferred to former insiders of the Debtor prior to the Petition Date; and

17.     to avoid fraudulent obligations that were incurred by the Debtor for the benefit of insiders.

18.     The Adversary Proceedings commenced on behalf of the Trustee sought to recover, for the benefit of all creditors, an aggregate amount of approximately $6,200,000 in cash plus certain non-cash assets.

19.     On June 15, 2015, sixteen of the defendants in the Adversary Proceedings filed motions to dismiss the complaints filed in their respective actions.  RSR worked with the Trustee's professionals and reviewed the motions to dismiss and prepared an omnibus response arguing that the motions should be denied or, in the alternative, the Trustee should be granted leave to amend the complaints.  At a hearing on July 22, 2015, the Court granted the motions to dismiss but also granted the Trustee leave to amend.

6

20.     As a result, RSR worked extensively with the Trustee and his professionals to address the issues identified by the Court and, on August 21, 2015, amended complaints in the Adversary Proceedings were filed.  Notwithstanding the expansive allegations in the amended complaints, many of the defendants again moved to dismiss the amended complaints, and RSR and the Trustee's professionals were forced to expend additional time and resources researching and preparing responses to the new motions to dismiss.  At a hearing on October 21, 2015, the Court denied the motions to dismiss the amended complaints *in toto*, and all counts asserted in the amended complaints survived.

21.     Subsequently, with the exception of one adversary proceeding, where the defendant was out of business, the Trustee systematically negotiated settlements with all the defendants.  Due to the fact that many of these defendants were individuals, additional time was needed to recover settlements in a relatively short time frame.  As a result of these efforts, the Trustee was able to recover approximately $1.5 million in proceeds to the Estate relating to these adversary proceedings, and reduced the filed claims pool by over $2.8 million.  This ultimately provided for a potential recovery of approximately 17% to general unsecured creditors.

22.     Pursuant to the RSR Retention Order and the RSR Retention Application, RSR is to be compensated for services rendered and expenses incurred in this Chapter 7 Case pursuant to the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules and orders of this Court.

**OVERVIEW OF SERVICES RENDERED TO TRUSTEE DURING THE THIRD AND FINAL APPLICATION PERIOD, AND PAYMENT AND REIMBURSEMENT REQUESTED**

23.     The following summarizes many of RSR's primary activities during the Third and

Final Application Period, *inter alia*:

> (i)      Working with the Trustee and his professionals to defend numerous Motions to Dismiss in the Adversary Proceedings;
>
> (ii)     Providing documents through Discovery to support the Debtor's Insolvency/Undercapitalization arguments and analyzing documents provided by Defendants to refute these arguments and asses their defenses;
>
> (iii)    Prepared relevant analyses and work with the Trustee's other professionals to settle all adversary proceedings brought forth by the Debtor;
>
> (iv)     Analyzed the Claims filed against the Debtor to assess their validity and maximize the recoveries available to the unsecured creditors;
>
> (v)      Preparation of the Applicant's Second Interim and Third and Final Fee Applications.

## FEES AND EXPENSES INCURRED DURING THE PERIOD FROM OCTOBER 1, 2015 THROUGH MAY 31, 2018

24.      In connection with its representation of the Trustee during the Third and Final Application Period, RSR incurred fees in the aggregate amount of $114,053.75[6], based on RSR's usual and customary hourly rates as more specifically set forth herein.  In addition, RSR made disbursements to pay expenses in the amount of $420.38 during the Third and Final Application Period.  As discussed above, in accordance with the RSR Retention Order, RSR has worked with the Trustee's other professionals in this case to monetize approximately $500,000 of from the liquidation of assets; assisted the Trustee in commencing and settling the 20 of the 21 separate Adversary Proceedings, which resulted collecting approximately $1.5 million of recoveries to the Estate; and  assisted the Trustee in reducing over $2.8 million of reductions in unsecured creditors' claims that provided for a meaningful recover to the Estates' creditors. Accordingly, by this Third

---

[6] Amount includes an estimate of $5,000 to complete allowed claims distributions and prepare the necessary final payroll tax returns.

and Final Application, RSR is seeking final approval of the previously allowed fees of $273,877.50 for services rendered and reimbursement of expenses of $6,681.89 incurred during the First Interim Application Period.  100% of these fees and expenses have been previously paid to RSR.  Additionally, RSR is seeking final approval of the previously allowed fees of $57,107.50 for services rendered and reimbursement of expenses of $1,166.36 incurred during the Second Interim Application Period.  Pursuant to the Court's order, 50% of the fees and 100% of the expenses relating to the Second Interim Application Period have been previously paid to RSR.

### *Reconsideration Of Time Disallowed From The Second Interim Application Period*

25.     RSR is also seeking a reconsideration and final allowance of $4,837.50 of fees, consisting of 29.77 hours of time billed at 50% of RSR's hourly rates that were previously disallowed by the Court.  These fees related to services rendered during the Second Interim Application Period for the following: (i) preparation and review of the RSR's First Interim and Second Interim Fee Applications, totaling 27.5 hours and 3.5 hours, respectively; and (ii) travel time, totaling 8 hours for meetings with the Trustee's Counsel to discuss pending avoidance actions, and attendance at RSR's first interim fee application hearing.  As a result, of the total 39.0 hours of Fee Application Preparation and Travel time incurred for the Second Interim Fee Application, 29.77 hours of this time was disallowed. RSR believes that the fees previously requested, but disallowed, were reasonable and necessary.

26.     The Applicant believes that the previously disallowed time was beneficial to the estate, reasonable and prudent as it related to the following: (i) preparation of the First Interim Fee Application, consisting of $273,877.50 of fees sought and approved; and (ii) travel time related to meetings with Trustee counsel to formulate strategies for resolving potential litigation with Newedge USA LLC ("Newedge"), the Debtor's primary clearing house and margin lender, and

pending avoidance actions. and attendance at the First Interim Fee Application hearing.  RSR requests that the Court reconsider its previous disallowance of those fees.

27.     All of the services for which final compensation is sought were rendered to the Trustee solely in connection with his duties in connection with this Chapter 7 Case, in furtherance of the duties and functions of the Trustee, and not on behalf of any individual creditor or other person.

28.     This is RSR's Third and Final Application for the allowance of compensation and reimbursement of actual, reasonable and necessary out-of-pocket expenses for services provided to the Trustee.  RSR has not received any retainer in this Case.

29.     The fees sought during the Third and Final Application Period reflect an aggregate of 304.00 hours of professional time spent and recorded in performing services for the Trustee during the Third and Final Application Period and an estimated 24 additional hours of professional and paraprofessional time necessary to complete the claims distributions and final payroll tax returns.  This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's estate, which has already been eliminated by RSR.

30.     During the Third and Final Application Period, RSR's blended hourly rate was approximately $347.72 with rates charged at ½ standard hourly rates for travel time and retention/fee application preparation and review time.  Such fees are reasonable (and lower than similar levels of experience) based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national market. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable

services other than in a case under the Bankruptcy Code.

31.     Since RSR's retention on August 14, 2013, RSR has incurred $449,876.25 of fees reflecting an aggregate of 1,396.30 hours of professional time, at a blended rate of $322.19[7]. Applicant believes the services provided to the Trustee are reasonable and resulted in a significant recovery to the unsecured creditors.

32.     Attached hereto as **Exhibit B** is a schedule setting forth all RSR professionals who have performed services for the Trustee during the Third and Final Application Period, the capacities in which each such individual is employed by RSR, the hourly billing rate charged for services performed by such individual, the aggregate number of hours expended in this matter and fees billed therefore.

33.     A summary arranged by project categories is attached hereto as **Exhibit C** and also includes, in accordance with the Local Rules, a list of each person providing services on such project, a statement of the hours worked, and the total compensation sought for each person's work on each such separate project.

34.     Following is a description and further detail of the major project categories Applicant has worked on during the Third and Final Application Period.

*Litigation Support*                          221.90 Hours                          $82,732.50

- RSR worked with the Trustee's professionals to prepare and finalize the response to their Motion to Dismiss the proceedings.   After the Court denied the Defendants Motions to Dismiss, RSR and the Trustee's professionals worked to provide responses through discovery to the Defendants as the litigation proceeded.   Much of the services provided by RSR related to providing support to the Trustee's assertions of the Debtor's insolvency/under-capitalization

---

[7]Amount includes an estimate of $5,000 to complete allowed claims distributions and prepare the necessary final payroll tax returns.

during the year prior to the commencement of the Bankruptcy Proceedings.  The Defendants

and their respective counsel each vigorously challenged the Trustee's arguments with regard to

the Debtor's insolvency/under-capitalization.   As a result, RSR participated in answering

Interrogatories, providing thousands of pages of document production from (i) the Debtor's

records, (ii) Debtor's pre-petition counsel, (iii) Debtor's auditors, and (iv) Newedge,

supporting the Trustee's arguments.  RSR also provided further analysis necessary to respond

to the requests for discovery, participated in numerous teleconferences with the Trustee and his

professionals, and settlement negotiations with Adversary Counsel for the remaining avoidance

actions pending at the end of the Second Interim Application Period.   The Adversary

Proceedings were brought to a conclusion by the efforts of the Trustee, RSR and the Trustee's

professionals, and these efforts resulted in the collection of approximately $1.5 million of

avoidance action recoveries during the pendency of the case and reduction in over $2.8 million

of claims during this matter, resulting in potential meaningful recoveries to the Estate's

creditors.

*Financial Analysis and Document Review*          30.30 Hours                    $10,882.50

- RSR prepared analyses of the Debtor's obligations to Newedge, to determine the validity their

  claim and to assess whether any the Trustee should proceed with any recovery actions against

  Newedge.   RSR conferred with the Trustee and his professionals and determined that (1)

  Newedge's claim against the Debtor's Estate was valid and (2) the likelihood of any significant

  recovery to the Estate resulting from the pursuit of a recovery action was minimal, and that no

  further costs to secure a recovery were warranted.   RSR also (1) prepared certain analyses

  necessary to negotiate with defendants in adversary proceedings and (2) prepared recovery

  analyses at the Trustee's request.

*Claims Administration and Objections*           19.00 Hours                    $7,125.00

- RSR analyzed the claims filed against the Debtor and compared these claims to the support filed with the Claims and the Debtor's books and records.  RSR worked with the Trustees' professionals to determine which claims to object to in order to maximize recovery to holders of valid claims.  Through these efforts, the Trustee was able to reduce the total allowed claims in this matter by over $2.8 million.  This will result in adding to the recovery to the allowed claims pool.

*Phone Calls and Correspondence*               14.10 Hours                    $5,092.50

- RSR participated in teleconferences and other communications with the Trustee and his other professionals related to negotiations of tolling agreements with potential adversaries, certain recovery actions pending and steps necessary to wind down the case and provide distribution to creditors.

*Review Fee and Employment Applications*        15.90 Hours                    $2,871.25 [8]

- During the Third and Final Application Period, RSR completed its Second Interim Application for Compensation and Reimbursement of Expenses and its Third and Final Interim Application for Compensation and Reimbursement of Expenses.  The total fees sought by Applicant during the Second Interim Application Period and Third and Final Application periods was over $171,000.  Applicant believes the time incurred in this project category was reasonable and necessary in relation to total time expended.

---

[8] Billed at 50% of Hourly Rates in effect at the time the services were provided.

13

| *Claim Distributions* | 2.80 Hours | $350.00 |

- RSR prepared a claims database to ensure that the necessary information was available to provide a proper and accurate distribution to the holders of allowed claims, at the point in time that the distribution is approved by the Trustee.

| *Additional Estimated Claims Distributions and* | | |
| *Payroll Tax Return Preparation* | 24.00 Hours | $5,000.00 |

- RSR estimates that approximately 24 hours of additional time will be necessary to prepare the final distribution to holders of allowed unsecured claims, and prepare the necessary payroll tax returns required for the anticipated distribution.

35.     RSR maintains computerized time records in the regular course of practice, with entries made by each person providing services contemporaneously with the rendering of such services.   Chronological, detailed time records for the Third and Final Application Period are annexed hereto as **Exhibit D**.   In addition, RSR maintains contemporaneous records of expenses incurred.

36.     Attached hereto as **Exhibit E** is a schedule specifying the categories of expenses for which RSR is seeking reimbursement and the total amount for each such expense category.

37.     Professional services and expenses for which compensation and reimbursement are sought pursuant to this Third and Final Application were rendered and expended on behalf of the Trustee pursuant to Chapter 7 of the Bankruptcy Code.   RSR believes it is appropriate that it be compensated for the time spent and reimbursed for the expenses incurred in connection with these matters. All of the fees and expenses sought to be paid or reimbursed in this Third and Final Application were actual, necessary, and reasonable, and benefitted the Debtor's estate and creditors.

38.     RSR respectfully requests that it be awarded the fees and expenses sought and that

14

the Trustee be permitted to pay those amounts still due and owing from the estate.

## RSR'S EXPENSES

39. By this Third and Final Application, RSR also seeks reimbursement of its actual, reasonable and necessary expenses incurred in connection with this engagement.

40. RSR utilizes a "user fee" client billing system under which a client is charged only for expenses incurred on its behalf.

41. The expenses for which RSR is seeking reimbursement are those customarily charged to the firm's bankruptcy and non-bankruptcy clients.

42. In accordance with the requirements of the Bankruptcy Code and the Bankruptcy Rules, RSR maintains the following policies with respect to expenses for which reimbursement is sought herein:

(i) No amortization of the cost of any investment, equipment, or capital outlay is included in the expenses. In addition, for those items or services that RSR purchased or contracted from a third party, RSR seeks reimbursement only for the exact amount billed to RSR by the third party vendor and paid by RSR to the third party vendor.

(ii) As applicable, black and white photocopying by RSR is charged at $0.10 per page and color photocopying by RSR is charged at $0.20 per page.

(iii) Meals may be charged for RSR personnel for out of town travel, meetings with the Trustee or other parties in this Chapter 7 Case, or dinner for RSR professionals working past 8:00 p.m.

## FINANCIAL STATUS OF THE CASE

43. As of the date of this Third and Final Application, the Trustee is holding approximately $982,000 of funds. The Trustee estimates that the allowed claims in this case will be approximately $46,000 for priority claims and $3.56 million for general unsecured claims.

15

After considering the remaining final fee applications for the Trustee's retained professionals and estimated remaining administrative expenses incurred but not paid to date during the Chapter 7 period, the Trustee estimates that there should be a potential recovery of approximately 17% for the general unsecured creditors. The Applicant maintains that based on the minimal funds available to the Trustee at the beginning of his retention, these estimated recoveries to general unsecured creditors are in excess of many similar types of Chapter 7 matters.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

44.     The foregoing professional services rendered during the Second Interim Application Period were necessary and appropriate to assist the Trustee with the administration of his duties and were in the best interests of the Debtor.  Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved.   RSR has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.   In preparing this Third and Final Application, RSR calculated the amount of time spent by each professional in performing actual and necessary services for the Trustee.  That data came directly from computer printouts that are kept on each client of RSR.

45.     Time entries are kept on daily logs and compiled in a timekeeping software.  These entries were in turn used to produce the time records for this Third and Final Application.  RSR professionals have reviewed the computer printouts for errors.

46.     The rates charged by RSR are consistent with reasonable and customary hourly rates charged by other professionals throughout the country in matters of similar complexity, scope and national significance.

47.     Section 330 of the Bankruptcy Code provides that the Court may award a

16

professional person employed under section 327 or 1103 of the Bankruptcy Code:

> (i)   reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and

> (ii)   reimbursement for actual, necessary expenses.

11 U.S.C. § 330 (a)(1)(A)-(B).

48.     In determining the amount of reasonable compensation to be awarded, the Court must consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—

> (i)   the time spent on such services;

> (ii)   the rates charged for such services;

> (iii)   whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

> (iv)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

> (v)   with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

> (vi)   whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3)(A)-(F).

49.     RSR has satisfied the requirements for the allowance of the compensation and reimbursement of expenses sought herein.   The services were necessary and beneficial to the administration of this Case.   RSR's services were performed in a timely manner, were in compliance with all applicable deadlines, and were commensurate with the complexity of the issues facing the Trustee and the nature and importance of the problems, issues and tasks.

17

Furthermore, the compensation sought by RSR is reasonable and consistent with the rates charged by comparably skilled practitioners outside of bankruptcy. Accordingly, approval of the compensation sought herein is both appropriate and warranted.

50.    RSR has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

51.    RSR has not shared, or agreed to share, (a) any compensation it has received or may receive with another party or person, other than with the member and employees of the firm, or (b) any compensation another person or party has received or may receive. No promises have been received by RSR or any member thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

52.    The Trustee has reviewed and approved RSR's monthly fee statements prior to the filing of this Third and Final Application.

53.    RSR respectfully submits that the services for which it seeks compensation in this Third and Final Application were necessary for and beneficial to the Trustee's efforts in administrating the Debtor's estate, and necessary to and in the best interests of the Debtor's estate. RSR further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee.

54.    In sum, the services rendered by RSR were necessary and beneficial to the Debtor's estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, approval of the final compensation sought herein for the Third and Final Application is warranted.

## <u>NOTICE</u>

55.    Notice of this Third and Final Application has been served upon counsel for the Debtor, the United States Trustee, and all parties requesting notice in this Case. The Trustee submits that the notice provided is sufficient and appropriate under the circumstances and that no further notice is required.  To the extent that this Court determines otherwise, the Trustee requests that further notice be waived and that notice be limited to that already provided.

**CONCLUSION**

WHEREFORE, RSR respectfully requests that the Court issue and enter an order (i) allowing RSR a final award of compensation of fees for services rendered during the Third and Final Application Period in the amount of $114,053.75 and $420.38 for reimbursement of actual and necessary expenses; (ii) approval of $4,837.50 of previously disallowed fees related to Fee Application Preparation for the First Interim Fee Application; (iii) final approval of previous fees for services sought during the First and Second Interim Application Periods, totaling $330,985.00 and $7,848.25 for reimbursement of actual and necessary expenses, including payment of the balance of the unpaid portion of the Applicant's Second Interim Fee Application of $28,553.75; (iv) authorizing and direct the Trustee to pay RSR for all unpaid, allowed and approved fees totaling $147,445.00 and $420.38 in expenses from the Debtor's estate, and (v) granting such other and further relief as this Court may deem just and proper.

Dated:  New York, New York
        August 1, 2018

                                        Respectfully submitted,

                                        RSR CONSULTING, LLC


                                        By:_____
                                        Marc B. Ross
                                        RSR CONSULTING, LLC
                                        1330 Avenue of the Americas, Ste. 23A
                                        New York, NY  10019
                                        Telephone:  (212) 658-0306
                                        Facsimile:  (212) 658-0357
                                        Email:  mross@rsrconsultingllc.com

                                        *Accountants and Financial Advisors for*
                                        *Robert S. Rosenfeld, as Chapter 7 Trustee for*
                                        *Buttonwood Group Trading, LLC*

20

<u>**EXHIBIT A**</u>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| | ) | Chapter 7 |
| | ) | |
| In re: | ) | Case No. 13 B 06894 |
| | ) | |
| BUTTONWOOD GROUP TRADING, LLC, | ) | Honorable Deborah L. Thorne |
| | ) | |
| Debtor. | ) | |
| | ) | |

<u>**CERTIFICATION OF MARC ROSS**</u>

Marc Ross, after being duly sworn according to law, deposes and says:

1.       I am a Director of RSR Consulting, LLC ("RSR"), a professional services firm engaged in the business of providing financial advisory and related professional consulting services. I make this certification in support of the Third and Final Application of RSR for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors and Accountants to the Chapter 7 Trustee for the period from August 14, 2013 through May 31, 2018.

2.       I have reviewed the requirements of Rule 5082-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"). The facts set forth in the foregoing Second Interim Application are true and correct, and to the best of my knowledge, information and belief are in compliance with the Local Rules.

3.      There is no agreement between RSR and any person other than the member of the

firm and its employees for the sharing of compensation to be received for services rendered in

this case.

4.      I have read the foregoing Third and Final Application of RSR for allowance of

compensation and reimbursement of expenses and know the contents thereof and that the same

are true and correct, to the best of my knowledge, information and belief.

—————————————————————

Marc Ross
RSR CONSULTING, LLC
1330 Avenue of the Americas, Ste. 23A
New York, NY  10019
Telephone:  (212) 658-0306
Facsimile:  (212) 658-0357
Email:  mross@rsrconsultingllc.com

*Accountants and Financial Advisors for
Robert S. Rosenfeld, as Chapter 7 Trustee
for Buttonwood Group Trading, LLC*

## EXHIBIT B

## Summary of Hours Billed by Professionals During the Third and Final Application Period

| Timekeeper | Position | Blended Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Marc Ross | Director | $360.90 | 301.20 | $108,703.75 |
| Ilene Hellman | Para professional | $125.00 | 2.80 | 350.00 |
| Estimate to Complete | | $208.33 | 24.00 | 5,000.00 |
| **TOTALS:** | | **$347.72** | **328.00** | **$114,053.75** |

**EXHIBIT C**

**Summary of Total Amount of Fees**
**Incurred Under Each Category During the Third and Final Application Period**

| **Category Description** | **Timekeeper** | **Total Billed Hours** | **Total Fees Requested** |
|---|---|---|---|
| Litigation Support | Marc Ross | 221.90 | $82,732.50 |
| Financial Analysis and Document Review | Marc Ross | 30.30 | $10,882.50 |
| Claims Administration and Objections | Marc Ross | 19.00 | $7,125.00 |
| Phone Calls and Correspondence | Marc Ross | 14.10 | $5,092.50 |
| Review Fee/Employment Applications | Marc Ross | 15.90 | $2,871.25 |
| Claims Distribution | Ilene Hellman | 2.80 | $350.00 |
| Estimate to Complete | | 24.00 | 5,000.00 |
| **TOTALS:** | | **328.00** | **$114,053.75** |

**EXHIBIT D**

**Detail of Time Incurred
During the Third and Final Application Period**

RSR Consulting, LLC                                                                                                    Exhibit D
Buttonwood Group Trading LLC- Case #13-06894 (DLT)
Detailed Billing Report
10/1/15 Through 5/31/18

| Date | Client | Timekeeper | Activity | Description | Billable Time | Hourly Rate | Billable Amt |
|------|--------|-----------|----------|-------------|--------------|-------------|--------------|
| 10/01/2015 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on responses to answers to revised complaints and correspondence with N. Hampton re same (2.6) | 2.60 | $325.00 /hr | $ 845.00 |
| 10/02/2015 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Preparation for and participate in call with N Hampton re Helix and Horn Motion to Dismiss (.6) | 0.60 | $325.00 /hr | $ 195.00 |
| 10/05/2015 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review complaint answer draft and provide comments (1.4); correspondence with counsel re same (.4) | 1.80 | $325.00 /hr | $ 585.00 |
| 10/06/2015 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Make changes to Motion to Dismiss response (.4) | 0.40 | $325.00 /hr | $ 130.00 |
| 10/07/2015 | Buttonwood Group Trading LLC | Marc Ross | Phone Calls and Correspondence | Call with P. Roberts re: Newedge litigation(.5) | 0.50 | $325.00 /hr | $ 162.50 |
| 10/09/2015 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Correspondence with P Roberts and provide emails (.9) | 0.90 | $325.00 /hr | $ 292.50 |
| 10/13/2015 | Buttonwood Group Trading LLC | Marc Ross | Phone Calls and Correspondence | Call with P Roberts re Newedge and correspondence with Trustee re same (.4) | 0.40 | $325.00 /hr | $ 130.00 |
| 10/18/2015 | Buttonwood Group Trading LLC | Marc Ross | Financial Analysis and Document Review | Work on Newedge Analysis of betterment of position (3.5) | 3.50 | $325.00 /hr | $ 1,137.50 |
| 10/19/2015 | Buttonwood Group Trading LLC | Marc Ross | Financial Analysis and Document Review | Call with P Roberts re Newedge analysis and review of same (1.0). | 1.00 | $325.00 /hr | $ 325.00 |
| 10/21/2015 | Buttonwood Group Trading LLC | Marc Ross | Financial Analysis and Document Review | Correspondence with Newedge regarding equities (.4) | 0.40 | $325.00 /hr | $ 130.00 |
| 10/22/2015 | Buttonwood Group Trading LLC | Marc Ross | Financial Analysis and Document Review | Call with M. MacDougall and J. Powers re Newedge Equities; call with Trustee and P. Roberts re: potential litigation (1.4) | 1.40 | $325.00 /hr | $ 455.00 |
| 10/27/2015 | Buttonwood Group Trading LLC | Marc Ross | Phone Calls and Correspondence | Preparation for and participate in call with P Roberts and Trustee re Newedge action (1.7) | 1.70 | $325.00 /hr | $ 552.50 |
| 10/29/2015 | Buttonwood Group Trading LLC | Marc Ross | Phone Calls and Correspondence | Call with P. Roberts re: Newedge (.2) | 0.20 | $325.00 /hr | $ 65.00 |
| 10/30/2015 | Buttonwood Group Trading LLC | Marc Ross | Financial Analysis and Document Review | Work on Newedge set off analysis by and correspondence with professionals re same (1.6) | 1.60 | $325.00 /hr | $ 520.00 |
| 11/03/2015 | Buttonwood Group Trading LLC | Marc Ross | Phone Calls and Correspondence | Call with P. Roberts re: Newedge; correspondence re: Newedge (.9) | 0.90 | $325.00 /hr | $ 292.50 |
| 11/04/2015 | Buttonwood Group Trading LLC | Marc Ross | Financial Analysis and Document Review | Work on liquidation. analysis and call with Trustee re status (1.7) | 1.70 | $325.00 /hr | $ 552.50 |
| 11/08/2015 | Buttonwood Group Trading LLC | Marc Ross | Fee Applications | Work on Second Interim Fee Application (3.2) | 3.20 | $162.50 /hr | $ 520.00 |
| 11/13/2015 | Buttonwood Group Trading LLC | Marc Ross | Fee Applications | Fee app Edits and provide to Trustee (1.2) | 1.20 | $162.50 /hr | $ 195.00 |
| 12/14/2015 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with N. Hampton and Negisa Baluku. re preference actions (.7) | 0.70 | $325.00 /hr | $ 227.50 |
| 12/16/2015 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with Trustee re: Preference and Avoidance action status and bifurcation hearing (.9) | 0.90 | $325.00 /hr | $ 292.50 |
| 12/22/2015 | Buttonwood Group Trading LLC | Marc Ross | Phone Calls and Correspondence | Call with P. Roberts re: Spread Networks (.2) | 0.20 | $325.00 /hr | $ 65.00 |
| 12/31/2015 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on avoidance action spreadsheet for status calls; call with Negisa Baluku re spreadsheet (1.7) | 1.70 | $325.00 /hr | $ 552.50 |
| 01/04/2016 | Buttonwood Group Trading LLC | Marc Ross | Phone Calls and Correspondence | Preparation and participation in call with N. Balluku re: Adversary settlement matters | 1.50 | $375.00 /hr | $ 562.50 |
| 01/05/2016 | Buttonwood Group Trading LLC | Marc Ross | Phone Calls and Correspondence | Call with R. Rosenfeld re: status call | 0.30 | $375.00 /hr | $ 112.50 |
| 01/06/2016 | Buttonwood Group Trading LLC | Marc Ross | Financial Analysis and Document Review | Research re: CME share values and Helix lease | 0.80 | $375.00 /hr | $ 300.00 |
| 01/06/2016 | Buttonwood Group Trading LLC | Marc Ross | Phone Calls and Correspondence | Call with N. Balluku re: settlement offers (.2) | 0.20 | $375.00 /hr | $ 75.00 |

RSR Consulting, LLC                                                                                                      Exhibit D
Buttonwood Group Trading LLC- Case #13-06894 (DLT)
Detailed Billing Report
10/1/15 Through 5/31/18

| Date | Client | Timekeeper | Activity | Description | Billable Time | Hourly Rate | Billable Amt |
|------|--------|-----------|----------|-------------|---------------|-------------|--------------|
| 01/11/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review settlement offers; correspondence with Trustee re same | 0.40 | $375.00/hr | $ 150.00 |
| 01/12/2016 | Buttonwood Group Trading LLC | Marc Ross | Financial Analysis and Document Review | Search documents re: Helix lease (.6) | 0.60 | $375.00/hr | $ 225.00 |
| 01/12/2016 | Buttonwood Group Trading LLC | Marc Ross | Phone Calls and Correspondence | Call with Trustee re: status (.5) | 0.50 | $375.00/hr | $ 187.50 |
| 01/13/2016 | Buttonwood Group Trading LLC | Marc Ross | Financial Analysis and Document Review | Search documents re: Helix lease and prepare and provide writeup for Kaye Scholer re: same (2.3) | 2.30 | $375.00/hr | $ 862.50 |
| 01/15/2016 | Buttonwood Group Trading LLC | Marc Ross | Phone Calls and Correspondence | Call with Negisa re: Helix (.2) | 0.20 | $375.00/hr | $ 75.00 |
| 01/18/2016 | Buttonwood Group Trading LLC | Marc Ross | Financial Analysis and Document Review | Review documents provided by Newedge counsel (2.4) | 2.40 | $375.00/hr | $ 900.00 |
| 01/18/2016 | Buttonwood Group Trading LLC | Marc Ross | Phone Calls and Correspondence | Call with Trustee regarding status of Newedge and Helix (.3) | 0.30 | $375.00/hr | $ 112.50 |
| 01/20/2016 | Buttonwood Group Trading LLC | Marc Ross | Phone Calls and Correspondence | Call to discuss Newedge with Trustee and P. Roberts (.5); review correspondence from P. Roberts (.1) | 0.60 | $375.00/hr | $ 225.00 |
| 01/21/2016 | Buttonwood Group Trading LLC | Marc Ross | Phone Calls and Correspondence | Call with Trustee and Kaye Scholer to discuss settlement offers and bifurcation (.4) | 0.40 | $375.00/hr | $ 150.00 |
| 01/26/2016 | Buttonwood Group Trading LLC | Marc Ross | Financial Analysis and Document Review | Review documents for P. Roberts re: Newedge timing; review documents provided by Newedge re disposal of collateral and correspondence with P. Roberts re: same (1.5) | 1.50 | $375.00/hr | $ 562.50 |
| 01/27/2016 | Buttonwood Group Trading LLC | Marc Ross | Financial Analysis and Document Review | Review document production from Newedge (1.6) | 1.60 | $375.00/hr | $ 600.00 |
| 02/01/2016 | Buttonwood Group Trading LLC | Marc Ross | Financial Analysis and Document Review | Review correspondence from defendants re settlements (.8) | 0.80 | $375.00/hr | $ 300.00 |
| 02/02/2016 | Buttonwood Group Trading LLC | Marc Ross | Phone Calls and Correspondence | Correspondence with and call with Trustee re: Zirgaitis, Veselica snd Helix avoidance actions (1.4) | 1.40 | $375.00/hr | $ 525.00 |
| 02/05/2016 | Buttonwood Group Trading LLC | Marc Ross | Financial Analysis and Document Review | Review correspondence re settlements and correspondence with Trustee re same (.6) | 0.60 | $375.00/hr | $ 225.00 |
| 02/08/2016 | Buttonwood Group Trading LLC | Marc Ross | Phone Calls and Correspondence | Preparation for and participation in conference call to discuss Newedge action and potential claim with P. Roberts and R. Rosenfeld (2.1) | 2.10 | $375.00/hr | $ 787.50 |
| 02/21/2016 | Buttonwood Group Trading LLC | Marc Ross | Financial Analysis and Document Review | Work on Newedge analysis and prep for call with P. Roberts (3.2) | 3.20 | $375.00/hr | $ 1,200.00 |
| 02/22/2016 | Buttonwood Group Trading LLC | Marc Ross | Financial Analysis and Document Review | Work on Newedge analysis and have call with P. Roberts re: same (2.8) | 2.80 | $375.00/hr | $ 1,050.00 |
| 02/23/2016 | Buttonwood Group Trading LLC | Marc Ross | Phone Calls and Correspondence | Call with P. Roberts re: Newedge (.5) | 0.50 | $375.00/hr | $ 187.50 |
| 02/24/2016 | Buttonwood Group Trading LLC | Marc Ross | Phone Calls and Correspondence | Call with Trustee and P. Roberts re case and Newedge (1.0) | 1.00 | $375.00/hr | $ 375.00 |
| 02/29/2016 | Buttonwood Group Trading LLC | Marc Ross | Financial Analysis and Document Review | Call with Negisa re Ward; review Ward Contribution confirmation (1.0) | 1.00 | $375.00/hr | $ 375.00 |
| 03/16/2016 | Buttonwood Group Trading LLC | Marc Ross | Financial Analysis and Document Review | Call with Negisa re Ward; search for documents related to Ward Capital Distribution (.7) | 0.70 | $375.00/hr | $ 262.50 |
| 03/18/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review Disclosure listing and make comments/edits (.7) | 0.70 | $375.00/hr | $ 262.50 |
| 03/21/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review Disclosure List; call with Negisa re same (1.3) | 1.30 | $375.00/hr | $ 487.50 |
| 03/22/2016 | Buttonwood Group Trading LLC | Marc Ross | Phone Calls and Correspondence | Call with Negisa re: Disclosure list; call with R. Rosenfeld re: case status and disclosure list (1.0) | 1.00 | $375.00/hr | $ 375.00 |
| 03/25/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Calls with Negisa and Elise regarding Document Request List (.8) | 0.80 | $375.00/hr | $ 300.00 |
| 03/28/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Prepare document request items for Kaye Scholer (1.8) | 1.80 | $375.00/hr | $ 675.00 |

RSR Consulting, LLC                                                                                                              Exhibit D
Buttonwood Group Trading LLC- Case #13-06894 (DLT)
Detailed Billing Report
10/1/15 Through 5/31/18

| Date | Client | Timekeeper | Activity | Description | Billable Time | Hourly Rate | Billable Amt |
|------|--------|-----------|----------|-------------|--------------|-------------|--------------|
| 04/06/2016 | Buttonwood Group Trading LLC | Marc Ross | Phone Calls and Correspondence | Call with Trustee re status of remaining actions.  (.2) | 0.20 | $375.00/hr | $    75.00 |
| 04/06/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call re: Document Production Requests with Kaye Scholer (.6) | 0.60 | $375.00/hr | $  225.00 |
| 04/07/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Preparation for and participate in call re document production (1.1) | 1.10 | $375.00/hr | $  412.50 |
| 04/18/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with E. Neveau re: BTG and Guavatech motion for protective order (.5) | 0.50 | $375.00/hr | $  187.50 |
| 04/23/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on document production items for Guavatech and defendants (3.2) | 3.20 | $375.00/hr | $ 1,200.00 |
| 04/25/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on document production and call with Negisa re same (3.5) | 3.50 | $375.00/hr | $ 1,312.50 |
| 04/26/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on document production and correspondence with Kaye Scholer re same (1.0) | 1.00 | $375.00/hr | $  375.00 |
| 04/27/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with Rosenfeld re: litigation production and status (.5) | 0.50 | $375.00/hr | $  187.50 |
| 04/29/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Correspondence with Negisa re production (.1) | 0.10 | $375.00/hr | $    37.50 |
| 05/02/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with Negisa and Elise re: Document production and Guavatech (.4) | 0.40 | $375.00/hr | $  150.00 |
| 05/04/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review document requests and have call with Negisa re same (1.0) | 1.00 | $375.00/hr | $  375.00 |
| 05/05/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with Negisa re document production requests (.3) | 0.30 | $375.00/hr | $  112.50 |
| 05/06/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on document production for Guavatech (2.4) | 2.40 | $375.00/hr | $  900.00 |
| 05/08/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on Guavatech data search for responsive items. (3.2) | 3.20 | $375.00/hr | $ 1,200.00 |
| 05/09/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on document production and calls with Negisa re same (2.4) | 2.40 | $375.00/hr | $  900.00 |
| 05/10/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on Guavatech document production and calls with Negisa re same (1.8) | 1.80 | $375.00/hr | $  675.00 |
| 05/11/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with Negisa re document production (.5) | 0.50 | $375.00/hr | $  187.50 |
| 05/13/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on Guavatech document production (2.9) | 2.90 | $375.00/hr | $ 1,087.50 |
| 05/16/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review document production and correspondence from Assignee and Interim Trustee and update production items (1.5) | 1.50 | $375.00/hr | $  562.50 |
| 05/17/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review of data for production (.7); correspondence with P. Roberts re Pellijeff and review adversary email (.6) | 1.30 | $375.00/hr | $  487.50 |
| 05/18/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with P. Roberts re: Pellijeff adversary and review and provide documents (1.0) | 1.00 | $375.00/hr | $  375.00 |
| 06/02/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with Negisa Balluku re: Document production (.5) | 0.50 | $375.00/hr | $  187.50 |
| 06/09/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Correspondence with N. Balluku re protective order (.3) | 0.30 | $375.00/hr | $  112.50 |
| 06/10/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with Negisa and Elise re: confidential information (.4) | 0.40 | $375.00/hr | $  150.00 |
| 06/15/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on document production for defendants to determine information subject to confidentiality requirements (4.1) | 4.10 | $375.00/hr | $ 1,537.50 |
| 06/20/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with E. Neveau re production and removal of personal information; review Guavatech documents to for information to be redacted (3.2) | 3.20 | $375.00/hr | $ 1,200.00 |

RSR Consulting, LLC                                                                                                                    Exhibit D
Buttonwood Group Trading LLC- Case #13-06894 (DLT)
Detailed Billing Report
10/1/15 Through 5/31/18

| Date | Client | Timekeeper | Activity | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|---|---|
| 07/19/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with Negisa re discovery and review of Defendants' production (.4) | 0.40 | $375.00/hr | $ 150.00 |
| 07/28/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with Elise Neveau; review defendants' production; review Jurasek production (2.8) | 2.80 | $375.00/hr | $ 1,050.00 |
| 07/29/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Calls with E. Neveau re: access to defendants' production; review production and correspondence regarding Helix (3.6) | 3.60 | $375.00/hr | $ 1,350.00 |
| 07/30/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review defendant's production - (2.9) | 2.90 | $375.00/hr | $ 1,087.50 |
| 08/02/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with E. Neveau re status and review of production; call with Trustee re same (1.3) | 1.30 | $375.00/hr | $ 487.50 |
| 08/03/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on review of Helix and Lanphere document production and prep for call with professionals and Trustee (2.7) | 2.70 | $375.00/hr | $ 1,012.50 |
| 08/03/2016 | Buttonwood Group Trading LLC | Marc Ross | Financial Analysis and Document Review | Review recovery analysis (1.0) | 1.00 | $375.00/hr | $ 375.00 |
| 08/04/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Preparation for and participation in teleconference with E. Neveau regarding settlement offers and negotiations with avoidance action defendants (2.1) | 2.10 | $375.00/hr | $ 787.50 |
| 08/08/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Prep for and participate in call with Elise Neveau regarding potential settlements in adversary proceedings (1.2) | 1.20 | $375.00/hr | $ 450.00 |
| 08/09/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call re Hun Investments (.8) | 0.80 | $375.00/hr | $ 300.00 |
| 08/10/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with Elise Neveau regarding adversary proceedings (.5) | 0.50 | $375.00/hr | $ 187.50 |
| 08/11/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Calls with Elise Neveau regarding adversary proceedings; calls with Trustee re same (1.5) | 1.50 | $375.00/hr | $ 562.50 |
| 08/15/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with E. Neveau re: document production and teleconferences with defendants and review of letter from Defendants (1.4) | 1.40 | $375.00/hr | $ 525.00 |
| 08/16/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Prep for call by review of document production items highlighted by defense (2.1); call with E. Neveau re same (.4); calls with Defendants (1.1) | 3.60 | $375.00/hr | $ 1,350.00 |
| 08/16/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with P. Roberts re: Pellijeff litigation (.8) | 0.80 | $375.00/hr | $ 300.00 |
| 08/17/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with Kaye Scholer, Zirgaitis, Lanphere and Ward counsel and defendants; call with Trustee; correspondence with P. Roberts re: Pellijeff (4.3) | 4.30 | $375.00/hr | $ 1,612.50 |
| 08/18/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Prep for and participate in Settlement Call re Helix with Defendants and Counsel (1.0) | 1.00 | $375.00/hr | $ 375.00 |
| 09/12/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with E. Neveau; work on google drive search for S Huang docs; work in insolvency writeup (3.8) | 3.80 | $375.00/hr | $ 1,425.00 |
| 09/13/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with E. Neveau re Helix letter and discovery letters from defendants (1.3) | 1.30 | $375.00/hr | $ 487.50 |
| 09/15/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with E. Neveau re discovery letters and review of documents (.4) | 0.40 | $375.00/hr | $ 150.00 |
| 09/18/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review Helix letter and comments (1.0) | 1.00 | $375.00/hr | $ 375.00 |
| 09/19/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with E. Neveau re production and review Helix letter; call with Trustee re Huang drive; call with R. Manasse re same (2.7) | 2.70 | $375.00/hr | $ 1,012.50 |
| 09/20/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Calls with E. Neveau; prepare Huang production; review defendant's production; respond to defendants inquiries (3.7) | 3.70 | $375.00/hr | $ 1,387.50 |
| 09/21/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on response to defendant correspondence and prepare correspondence with Elise Neveau (2.9) | 2.90 | $375.00/hr | $ 1,087.50 |
| 09/22/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Calls and emails with E. Neveau re discovery correspondence (.8) | 0.80 | $375.00/hr | $ 300.00 |
| 09/23/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with E. Neveau re: production issues; call with R. Manasse re S Huang hard drive (1.3) | 1.30 | $375.00/hr | $ 487.50 |

RSR Consulting, LLC     Exhibit D
Buttonwood Group Trading LLC- Case #13-06894 (DLT)
Detailed Billing Report
10/1/15 Through 5/31/18

| Date | Client | Timekeeper | Activity | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|---|---|
| 09/24/2016 | Buttonwood Group Trading LLC | Marc Ross | Financial Analysis and Document Review | Review correspondence from P. Roberts; correspondence with P. Roberts re: Newedge related production (1.4) | 1.40 | $375.00/hr | $ 525.00 |
| 09/27/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on FS Summary data for defendants; call with P. Roberts re: Newedge Production; call with E. Neveau re: same (1.5) | 1.50 | $375.00/hr | $ 562.50 |
| 09/28/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review document productions and FS Summary data for defendants roadmap; calls w E. Neveau re responses and same; correspondence w R. Manasse re S Huang hard drive production. (3.8) | 3.80 | $375.00/hr | $ 1,425.00 |
| 09/29/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review Thompson Coburn emails for newedge production; respond to defendants production requests (2.7) | 2.70 | $375.00/hr | $ 1,012.50 |
| 10/04/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Calls with Elise Neveau, correspondence with R. Manasse re: S. Huang Hard Drive; review discovery letters and make edits; work on adjustments analysis (2.9) | 2.90 | $375.00/hr | $ 1,087.50 |
| 10/05/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with E. Neveau on discovery letter; work on Helix letter; review for Helix and Newedge documents (2.8) | 2.80 | $375.00/hr | $ 1,050.00 |
| 10/06/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Calls with E. Neveau re: Helix letter; review and edits to letter (1.6) | 1.60 | $375.00/hr | $ 600.00 |
| 10/09/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review Helix letter; review documents for production; review defendant's production (4.7) | 4.70 | $375.00/hr | $ 1,762.50 |
| 10/10/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on Helix letter and responses; review defendants production (2.1) | 2.10 | $375.00/hr | $ 787.50 |
| 10/11/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Provide draft of letter to E. Neveau; call with E. Neveau re same (1.4) | 1.40 | $375.00/hr | $ 525.00 |
| 10/12/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review defendant production for Helix settlement letter and provide comments to E. Neveau (2.1) | 2.10 | $375.00/hr | $ 787.50 |
| 10/20/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on review of documents for Helix agreements (1.8) | 1.80 | $375.00/hr | $ 675.00 |
| 11/04/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Calls with E. Neveau re settlement discussions and production of S. Huang hard drive; correspondence re: same. | 2.50 | $375.00/hr | $ 937.50 |
| 11/10/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Correspondence re: S. Huang hard drive and Helix letter | 1.20 | $375.00/hr | $ 450.00 |
| 11/11/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Correspondence and calls regarding S. Huang hard drive production | 1.00 | $375.00/hr | $ 375.00 |
| 11/22/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on Helix letter and settlement issues with defendants (1.8); calls with R. Rosenfeld and E. Neveau re; same (.5) | 2.30 | $375.00/hr | $ 862.50 |
| 12/01/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with Schmidt and Schrage attorneys regarding settlement | 0.50 | $375.00/hr | $ 187.50 |
| 12/02/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with and correspondence with E. Neveau re Helix, Schmidt and Schrage (1.1); call with Schmidt and Schrage attorneys (.5) | 1.60 | $375.00/hr | $ 600.00 |
| 12/12/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with Negisa and Elise re: Helix settlement | 0.80 | $375.00/hr | $ 300.00 |
| 12/13/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Preparation for and participation in calls with Negisa and Elise re: Helix; call with Helix regarding settlement | 1.50 | $375.00/hr | $ 562.50 |
| 12/14/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Correspondence with Kaye Scholer and Trustee re: Helix settlement | 0.80 | $375.00/hr | $ 300.00 |
| 12/15/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Correspondence re: ongoing litigation and production | 0.50 | $375.00/hr | $ 187.50 |
| 12/16/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Correspondence and review re: Ward et al settlement | 0.90 | $375.00/hr | $ 337.50 |
| 12/19/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with Negisa Balluku and E. Neveau re: Ward et al settlement negotiations (1.0); review correspondence re: same (.3) | 1.30 | $375.00/hr | $ 487.50 |
| 12/22/2016 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review correspondence with E. Neveau re: Ward et al | 0.90 | $375.00/hr | $ 337.50 |
| 01/04/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on document production summary and call with Elise and Negisa to review and discuss settlement options. | 2.10 | $375.00/hr | $ 787.50 |

RSR Consulting, LLC                                                                                                                    Exhibit D
Buttonwood Group Trading LLC- Case #13-06894 (DLT)
Detailed Billing Report
10/1/15 Through 5/31/18

| Date | Client | Timekeeper | Activity | Description | Billable Time | Hourly Rate | Billable Amt |
|------|--------|-----------|----------|-------------|--------------:|-------------|-------------:|
| 01/13/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with Negisa Balluku and Elise Neveau re: Request for admissions and settlements; review correspondence re: same | 0.40 | $375.00/hr | $ 150.00 |
| 01/15/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on interrogatories and call with E. Neveau and N. Balluku re same | 1.70 | $375.00/hr | $ 637.50 |
| 01/16/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on Interrogatories for Helix et al avoidance action litigation and correspondence with Kaye Scholer re: same | 4.30 | $375.00/hr | $ 1,612.50 |
| 01/17/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on RFA and Interrogatories; review claims register; calls and correspondence with E. Neveau | 3.20 | $375.00/hr | $ 1,200.00 |
| 01/18/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Correspondence re: avoidance actions | 0.20 | $375.00/hr | $ 75.00 |
| 01/19/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Preparation for and participation in call with E. Neveau and N. Balluku re: avoidance action settlements and case status | 0.50 | $375.00/hr | $ 187.50 |
| 01/25/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Research and correspondence re: Ward and Lanphere | 1.10 | $375.00/hr | $ 412.50 |
| 01/26/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Research of documents and provide to APKS and related correspondence re: Ward and Lanphere CME share issue; call with E. Neveau and N. Balluku | 5.30 | $375.00/hr | $ 1,987.50 |
| 01/30/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Calls with N. Balluku and E. Neveau re: Gensburg defendants (.8); call with Gensburg and APKS counsel re: same (.3); review Newedge records regarding CME stock contribution (1.6) | 2.70 | $375.00/hr | $ 1,012.50 |
| 01/31/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Calls with E. Neveau and N. Balluku re: settlement discussions; review Newedge documents | 1.40 | $375.00/hr | $ 525.00 |
| 02/06/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review correspondence from APKS; work on interrogatory responses; correspondence with Newedge and Ryan Juraska re: same | 1.00 | $375.00/hr | $ 375.00 |
| 02/07/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on interrogatory responses; call with APKS re same; review S. Huang hard drive production for tax returns, K-1s & financial information for settlement discussions | 5.60 | $375.00/hr | $ 2,100.00 |
| 02/08/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Calls with M. MacDougall re: CME shares; calls with APKS re: settlement negotiations (1.6); work on interrogatories (2.8) | 4.40 | $375.00/hr | $ 1,650.00 |
| 02/09/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on letter to Newedge; correspondence with Trustee re same (1.0); prepare interrogatories responses; review Newedge documents; correspondence and calls with APKS re: settlements with Zirgaitis, Ward and Lanphere and Horn (5.2) | 6.20 | $375.00/hr | $ 2,325.00 |
| 02/10/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on interrogatory responses; review settlement drafts; call with E. Neveau | 3.20 | $375.00/hr | $ 1,200.00 |
| 02/13/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with APKS re: settlement offers; work on interrogatory responses; correspondence re: Horn | 3.70 | $375.00/hr | $ 1,387.50 |
| 02/14/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with APKS re: settlements; review Schmidt offer; correspondence with APKS re: pending litigation | 1.40 | $375.00/hr | $ 525.00 |
| 02/15/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on interrogatory responses and calls/correspondence with APKS re: adversary actions | 4.40 | $375.00/hr | $ 1,650.00 |
| 02/16/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on interrogatories; call with APKS | 4.90 | $375.00/hr | $ 1,837.50 |
| 02/17/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Work on Interrogatory drafts | 1.00 | $375.00/hr | $ 375.00 |
| 02/20/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review settlement offers and correspondence re: same | 1.40 | $375.00/hr | $ 525.00 |
| 02/21/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review correspondence and call with APKS | 0.70 | $375.00/hr | $ 262.50 |
| 02/23/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Correspondence with Trustee and correspondence with APKS re: settlement offers | 0.30 | $375.00/hr | $ 112.50 |
| 02/24/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review and make edits to proposed settlement agreements; provide to APKS | 0.50 | $375.00/hr | $ 187.50 |
| 02/27/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with APKS regarding settlements, settlement agreement and correspondence re same | 1.00 | $375.00/hr | $ 375.00 |
| 03/02/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with APKS regarding settlements, settlement agreement and correspondence re same | 1.00 | $375.00/hr | $ 375.00 |

RSR Consulting, LLC                                                                                                        Exhibit D
Buttonwood Group Trading LLC- Case #13-06894 (DLT)
Detailed Billing Report
10/1/15 Through 5/31/18

| Date | Client | Timekeeper | Activity | Description | Billable Time | Hourly Rate | Billable Amt |
|------|--------|-----------|----------|-------------|-------------|-------------|-------------|
| 03/08/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review correspondence re adversary actions | 0.10 | $375.00/hr | $ 37.50 |
| 03/09/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with APKS re: settlements | 1.10 | $375.00/hr | $ 412.50 |
| 03/10/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review and edits to Settlement agreement; correspondence with APKS re same | 1.00 | $375.00/hr | $ 375.00 |
| 03/13/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review data re: Settlements | 0.50 | $375.00/hr | $ 187.50 |
| 03/17/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Correspondence with APKS re: settlements; review affidavit by Schrage | 0.80 | $375.00/hr | $ 300.00 |
| 03/22/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call w APKS re Horn Group; document review of Horn personal FS | 1.00 | $375.00/hr | $ 375.00 |
| 03/23/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Correspondence with APKS re Horn | 0.40 | $375.00/hr | $ 150.00 |
| 03/24/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Preparation for and participation in BGT Settlement call re Horn and follow up w APKS | 1.40 | $375.00/hr | $ 525.00 |
| 03/29/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Call with Trustee re: status; review correspondence re same from APKS | 1.00 | $375.00/hr | $ 375.00 |
| 03/30/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Research and call with APKS re: Horn | 1.00 | $375.00/hr | $ 375.00 |
| 03/31/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review correspondence from Counsel re Horn Settlement discussions | 0.40 | $375.00/hr | $ 150.00 |
| 04/04/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Correspondence with APKS re: Horn | 0.80 | $375.00/hr | $ 300.00 |
| 04/05/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Correspondence with APKS and Trustee re settlements | 1.00 | $375.00/hr | $ 375.00 |
| 04/06/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Calls and Correspondence re: Horn Settlement | 1.00 | $375.00/hr | $ 375.00 |
| 04/07/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review correspondence re: Horn | 0.30 | $375.00/hr | $ 112.50 |
| 04/12/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review correspondence re: Horn | 0.80 | $375.00/hr | $ 300.00 |
| 04/14/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review settlement correspondence | 0.30 | $375.00/hr | $ 112.50 |
| 04/17/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review Horn settlement agreement; provide comments | 0.70 | $375.00/hr | $ 262.50 |
| 05/03/2017 | Buttonwood Group Trading LLC | Marc Ross | Litigation support | Review Settlement Draft and correspondence with APKS | 0.40 | $375.00/hr | $ 150.00 |
| 06/13/2017 | Buttonwood Group Trading LLC | Marc Ross | Claims Administration and Objections | Review correspondence from Trustee and Counsel; assist in preparation of revised allocation analysis | 1.30 | $375.00/hr | $ 487.50 |
| 08/02/2017 | Buttonwood Group Trading LLC | Marc Ross | Claims Administration and Objections | Work on Claims Analysis for potential distribution scenarios. | 1.40 | $375.00/hr | $ 525.00 |
| 09/27/2017 | Buttonwood Group Trading LLC | Marc Ross | Claims Administration and Objections | Work on claims analysis and correspondence with Trustee re: same | 1.50 | $375.00/hr | $ 562.50 |
| 09/28/2017 | Buttonwood Group Trading LLC | Marc Ross | Claims Administration and Objections | Work on claims analysis | 2.50 | $375.00/hr | $ 937.50 |
| 09/29/2017 | Buttonwood Group Trading LLC | Marc Ross | Claims Administration and Objections | Work on claims analysis | 1.10 | $375.00/hr | $ 412.50 |
| 10/02/2017 | Buttonwood Group Trading LLC | Marc Ross | Claims Administration and Objections | Call with P. Roberts re: Claims Analysis | 0.30 | $375.00/hr | $ 112.50 |
| 10/04/2017 | Buttonwood Group Trading LLC | Marc Ross | Claims Administration and Objections | Call with Trustee re claims analysis and proceeding to close case | 0.50 | $375.00/hr | $ 187.50 |

**RSR Consulting, LLC**                                                                                                      Exhibit D
**Buttonwood Group Trading LLC- Case #13-06894 (DLT)**
**Detailed Billing Report**
**10/1/15 Through 5/31/18**

| Date | Client | Timekeeper | Activity | Description | Billable Time | Hourly Rate | Billable Amt |
|------|--------|-----------|----------|-------------|---------------|-------------|--------------|
| 11/01/2017 | Buttonwood Group Trading LLC | Marc Ross | Fee Applications | Correspondence with Trustee and counsel re: Fees (.2); 3rd Fee Application Preparation (1.7) | 1.90 | $187.50/hr | $ 356.25 |
| 11/02/2017 | Buttonwood Group Trading LLC | Marc Ross | Fee Applications | Fee Application preparation - 3rd Fee Application. | 1.00 | $187.50/hr | $ 187.50 |
| 11/07/2017 | Buttonwood Group Trading LLC | Marc Ross | Claims Administration and Objections | Work on claims analysis and available funds (1.0) | 1.00 | $375.00/hr | $ 375.00 |
| 11/09/2017 | Buttonwood Group Trading LLC | Marc Ross | Claims Administration and Objections | Work on recovery analysis and correspondence with counsel and Trustee re: same (.90) | 0.90 | $375.00/hr | $ 337.50 |
| 11/14/2017 | Buttonwood Group Trading LLC | Marc Ross | Claims Administration and Objections | Analysis of claims and fees and call with Trustee re same (2.0) | 2.00 | $375.00/hr | $ 750.00 |
| 11/15/2017 | Buttonwood Group Trading LLC | Marc Ross | Claims Administration and Objections | Analysis of claims, per discussion with Trustee; APKS correspondence (1.5) | 1.50 | $375.00/hr | $ 562.50 |
| 01/29/2018 | Buttonwood Group Trading LLC | Marc Ross | Claims Administration and Objections | Prep for and participate in call with P Roberts re claim objections (1.4) | 1.40 | $375.00/hr | $ 525.00 |
| 01/30/2018 | Buttonwood Group Trading LLC | Marc Ross | Claims Administration and Objections | Call and correspondence with Trustee re Claims Objections (.7) | 0.70 | $375.00/hr | $ 262.50 |
| 03/27/2018 | Buttonwood Group Trading LLC | Marc Ross | Claims Administration and Objections | Preparation for and participation in call with Peter Roberts regarding claims (.8) | 0.80 | $375.00/hr | $ 300.00 |
| 03/28/2018 | Buttonwood Group Trading LLC | Marc Ross | Claims Administration and Objections | Review correspondence from counsel and Trustee (.4); provide edits (.2) | 0.60 | $375.00/hr | $ 225.00 |
| 04/13/2018 | Buttonwood Group Trading LLC | Marc Ross | Claims Administration and Objections | Correspondence regarding Charlesworth and remaining claims | 0.30 | $375.00/hr | $ 112.50 |
| 05/03/2018 | Buttonwood Group Trading LLC | Marc Ross | Claims Administration and Objections | Call with Trustee re: claims objections and winddown (.3) | 0.30 | $375.00/hr | $ 112.50 |
| 05/11/2018 | Buttonwood Group Trading LLC | Marc Ross | Claims Administration and Objections | Provide claims to Trustee and futher analysis | 0.30 | $375.00/hr | $ 112.50 |
| 05/14/2018 | Buttonwood Group Trading LLC | Ilene Hellman | Claim Distributions | Claimant address and tracking | 2.80 | $125.00/hr | $ 350.00 |
| 05/18/2018 | Buttonwood Group Trading LLC | Marc Ross | Claims Administration and Objections | Review claims data for Tontine transfer and correspondence with Trustee re: same (.6) | 0.60 | $375.00/hr | $ 225.00 |
| 05/18/2018 | Buttonwood Group Trading LLC | Marc Ross | Fee Applications | Work on Third and Final Fee Application Preparation | 1.20 | $187.50/hr | $ 225.00 |
| 05/20/2018 | Buttonwood Group Trading LLC | Marc Ross | Fee Applications | Work on Third and Final Fee Application Preparation | 2.40 | $187.50/hr | $ 450.00 |
| 05/21/2018 | Buttonwood Group Trading LLC | Marc Ross | Fee Applications | Work on Third and Final Fee Application Preparation | 2.80 | $187.50/hr | $ 525.00 |

**RSR Consulting, LLC**                                                                                                    **Exhibit D**
**Buttonwood Group Trading LLC- Case #13-06894 (DLT)**
**Detailed Billing Report**
**10/1/15 Through 5/31/18**

| Date | Client | Timekeeper | Activity | Description | Billable Time | Hourly Rate | Billable Amt |
|------|--------|------------|----------|-------------|---------------|-------------|--------------|
| 05/22/2018 | Buttonwood Group Trading LLC | Marc Ross | Fee Applications | Work on Third and Final Fee Application Preparation | 1.00 | $187.50/hr | $ 187.50 |
| 05/23/2018 | Buttonwood Group Trading LLC | Marc Ross | Fee Applications | Work on Third and Final Fee Application Preparation | 1.20 | $187.50/hr | $ 225.00 |
| **Total** | | | | | **304.00** | | **$ 109,053.75** |
| **Estimate to Complete** | | | | | | | |
| TBD | Buttonwood Group Trading LLC | Marc Ross | Claim Distributions | Analyze and Prepare first and final claims distribution | 8.00 | $375.00/hr | $ 3,000.00 |
| TBD | Buttonwood Group Trading LLC | Ilene Hellman | Claim Distributions | Draft and Prepare Distributions to be made by the Trustee and related payroll tax returns. | 16.00 | $125.00/hr | $ 2,000.00 |
| | | | | **Total** | 24.00 | | $ 5,000.00 |
| **Grand Total** | | | | | **328.00** | | **$ 114,053.75** |

## EXHIBIT E

**Detail of Expenses Incurred**
**During the Third and Final Application Period**

**RSR Consulting, LLC**                                                                                   **Exhibit E**
**Buttonwood Group Trading, LLC - Case #13-06894 (DLT)**
**Detailed Expense Report**
**10/1/15 Through 5/31/18**

| Expense Date | User | Expense Type | Description | Cost |
|---|---|---|---|---|
| 10/13/2015 | Robert Rosenfeld | Mailing/Postage | Certified postage for payments to Kaye Scholer and Shaw Fishman for balance due on first interim fee application. | $13.48 |
| 12/14/2015 | Robert Rosenfeld | Mailing/Postage | Postage for correspondence sent to Kaye Scholer and Shaw Fishman. | $0.98 |
| 01/04/2016 | Robert Rosenfeld | Mailing/Postage | Postage for 1099 mailings to recipients for 2015. | $0.98 |
| 01/05/2016 | Robert Rosenfeld | Mailing/Postage | Certified return receipt postage-BGT-1096 filed with IRS. | $7.45 |
| 02/20/2016 | Robert Rosenfeld | Accounting-software | Tax software purchase for preparing IL state tax return for 2015 | $54.30 |
| 04/04/2016 | Robert Rosenfeld | Mailing/Postage | Certified mail receipt postage for BGT tax return extension for 2015. | $6.74 |
| 05/17/2016 | Robert Rosenfeld | Mailing/Postage | First class postage for bond premium increase paid to Arthur B. Levine Company | $0.47 |
| 09/15/2016 | Robert Rosenfeld | Mailing/Postage | Postage for K-1's issued to members for 2015 tax return (8 K-1s x $.49) | $3.92 |
| 03/31/2017 | Robert Rosenfeld | Accounting-software | Purchase Illinois Tax return software from Tubo Tax for 2016 Debtor Tax return. | $59.73 |
| 04/03/2017 | Robert Rosenfeld | Mailing/Postage | Certified return receipt postage-Form 7004 extension for 2016. | $6.59 |
| 06/11/2017 | Robert Rosenfeld | Mailing/Postage | Postage for Form  2016 1065 K-1's mailed to members (8 K-1's x $.49) | $3.92 |
| 06/12/2017 | Robert Rosenfeld | Mailing/Postage | Certified return receipt postage for 2016 Tax return filings for Federal and State and 505b letters for Federal & State. | $32.94 |
| 07/22/2017 | Robert Rosenfeld | Mailing/Postage | Postage for mailing of Trustee bond payments. | $0.49 |
| 08/01/2017 | Robert Rosenfeld | Mailing/Postage | Cert return receipt mailing; IRS notice for BGT | $6.80 |
| 01/10/2018 | Robert Rosenfeld | Mailing/Postage | Postage for 1099s issued to recipients for 2017. | $0.98 |
| 01/11/2018 | Robert Rosenfeld | Mailing/Postage | Form 1096 filing for 2017- certified return receipt postage | $7.29 |
| 02/09/2018 | Robert Rosenfeld | Accounting-software | Turbo tax software purchase for state of IL partnership for 2017 tax year | $54.30 |
| 02/14/2018 | Robert Rosenfeld | Mailing/Postage | Certified mail postage for 2017 tax return extension request. | $6.70 |
| 03/11/2018 | Robert Rosenfeld | Mailing/Postage | Postage for mailing 1065 K-1s for 2017 (8 K-1s for LLC) | $4.50 |
| 03/12/2018 | Robert Rosenfeld | Mailing/Postage | Certified return receipt postage for BGT 2017 tax returns for Federal and State of Illinois. | $17.13 |
| 03/14/2018 | Robert Rosenfeld | Mailing/Postage | Certified return receipt postage for 505b letters sent to IRS and State of Illinois relating to 2017 Debtor tax returns. | $17.13 |
| **Total** | | | | **$306.82** |

**Estimate to Complete**

| | | | | |
|---|---|---|---|---|
| 09/01/2018 | Robert Rosenfeld | Mailing/Postage | Payroll Tax Returns | $17.13 |
| 03/01/2019 | Robert Rosenfeld | Mailing/Postage | Corporate Tax Returns | $17.13 |
| 03/01/2019 | Robert Rosenfeld | Accounting-software | Corporate Tax Returns | $54.30 |
| 03/14/2018 | Robert Rosenfeld | Mailing/Postage | Claims Distributions | $25.00 |
| **Total** | | | | **$113.56** |

| | | | | |
|---|---|---|---|---|
| **Grand Total** | | | | **$420.38** |