UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 13-06894 |
| ) | |
| Buttonwood Group Trading, LLC ) | |
| ) | |
| ) | |
| ) | |
| Debtor(s) ) | |

# NOTICE OF TRUSTEE'S FINAL REPORT AND
# APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ROBERT S. ROSENFELD</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at **10:00 a.m. on December 20, 2018, in Courtroom 613**, Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  November 27, 2018                    By:  /s/ Robert S. Rosenfeld
                                                              Trustee

Robert S. Rosenfeld
RSR Consulting, LLC
1330 Avenue of the Americas, Suite 23A
New York, NY 10019
212-658-0301
rsrosenfeld@rsrconsultingllc.com
**UST Form 101-7-NFR (10/1/2010)**

{4273 NTC A0501109.DOC}
79473005.v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
Buttonwood Group Trading, LLC § Case No. 13-06894
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 2,125,091.55 |
| and approved disbursements of | $ | 1,145,753.82 |
| leaving a balance on hand of[1] | $ | 979,337.73 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert S. Rosenfeld | $ 81,234.36 | $ 0.00 | $ 81,234.36 |
| Trustee Expenses: Robert S. Rosenfeld | $ 4,571.57 | $ 4,571.57 | $ 0.00 |
| Attorney for Trustee Fees: Shaw Fishman Glantz & Towbin LLC | $ 137,915.94 | $ 54,091.44 | $ 83,824.50 |
| Accountant for Trustee Fees: RSR Consulting, LLC | $ 449,876.25 | $ 302,431.25 | $ 147,445.00 |
| Accountant for Trustee Expenses: RSR Consulting, LLC | $ 8,268.63 | $ 7,848.25 | $ 420.38 |
| Other: Andrew J. Maxwell | $ 9,545.96 | $ 0.00 | $ 9,545.96 |
| Other: Arthur B. Levine Company | $ 4,609.00 | $ 4,609.00 | $ 0.00 |
| Other: Arthur B. Levine Company | $ 494.00 | $ 494.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Illinois Department of Employment Security | $ 22.31 | $ 0.00 | $ 22.31 |
| Other: Internal Revenue Service | $ 12,834.80 | $ 0.00 | $ 12,834.80 |
| Other: Kaye Scholer, LLP | $ 699,571.70 | $ 699,571.70 | $ 0.00 |
| Other: Kaye Scholer, LLP | $ 27,116.44 | $ 27,116.44 | $ 0.00 |
| Other: Shaw Fishman Glantz & Towbin LLC | $ 1,775.57 | $ 1,298.26 | $ 477.31 |
| Other: UnitedLex | $ 2,597.32 | $ 2,597.32 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses      $      335,804.62

Remaining Balance                                           $      643,533.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 51,705.42 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Okjoo (Jennifer) Choi | $ 2,500.00 | $ 0.00 | $ 2,500.00 |
| 16 | Shirley (Shiging) Huang | $ 5,625.00 | $ 0.00 | $ 5,625.00 |
| 18 | Erik Rigtorp | $ 7,812.00 | $ 0.00 | $ 7,812.00 |
| 22 | Dongxue Wang | $ 4,165.00 | $ 0.00 | $ 4,165.00 |
| 26-1 | David Dugan | $ 12,475.00 | $ 0.00 | $ 12,475.00 |
| 27-1 | Ezekiel Charlesworth | $ 12,850.00 | $ 0.00 | $ 12,850.00 |
| auto | FICA Employer SS | $ 2,816.47 | $ 0.00 | $ 2,816.47 |
| auto | FICA Employer MEDC | $ 658.69 | $ 0.00 | $ 658.69 |
| auto | FUTA: Federal Unemployment Tax | $ 199.74 | $ 0.00 | $ 199.74 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| auto | SUTA: State Unemployment Tax | $ 1,703.52 | $ 0.00 | $ 1,703.52 |
| 33 | Franchise Tax Board | $ 900.00 | $ 0.00 | $ 900.00 |
| | Total to be paid to priority creditors | | | $ 51,705.42 |
| | Remaining Balance | | | $ 591,827.69 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,559,674.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bloomberg LP | $ 44,998.99 | $ 0.00 | $ 7,481.48 |
| 2 | ICAP Energy LLC | $ 65,177.25 | $ 0.00 | $ 10,836.30 |
| 4-1a | DEFL Holding BV | $ 38,339.45 | $ 0.00 | $ 6,374.28 |
| 4-1b | J. M. H. Hendrikx Holding B. V. | $ 38,339.45 | $ 0.00 | $ 6,374.28 |
| 4-1c | S.E.M. Holding B.V. | $ 38,339.45 | $ 0.00 | $ 6,374.28 |
| 4-1d | Maak Voort B. V. | $ 38,339.45 | $ 0.00 | $ 6,374.28 |
| 5 | ITSavvy LLC | $ 4,380.65 | $ 0.00 | $ 728.32 |
| 6-3 | Internal Revenue Service | $ 780.00 | $ 0.00 | $ 129.68 |
| 7 | COMMONWEALTH EDISON COMPANY | $ 1,482.56 | $ 0.00 | $ 246.49 |
| 8 | RTS Realtime Systems Inc | $ 239,117.61 | $ 0.00 | $ 39,755.44 |
| 9 | Newedge USA LLC | $ 857,627.00 | $ 0.00 | $ 142,588.25 |
| 11 | Olle Pellijeff | $ 55,835.55 | $ 0.00 | $ 9,283.16 |
| 13 | FX Alliance LLC | $ 6,114.29 | $ 0.00 | $ 1,016.56 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Elysium Technology Group | $ 2,545.13 | $ 0.00 | $ 423.15 |
| 15 | AlphaLab, LLC | $ 87,075.00 | $ 0.00 | $ 14,477.00 |
| 17 | DCO Investment Management LLC | $ 134,423.99 | $ 0.00 | $ 22,349.19 |
| 19 | Scenery Station Pty Ltd | $ 5,463.74 | $ 0.00 | $ 908.40 |
| 20 | Bundesanstalt Fur | $ 347.28 | $ 0.00 | $ 57.74 |
| 21 | ADP, Inc | $ 799.16 | $ 0.00 | $ 132.87 |
| 24-2 | James Schmidt | $ 0.00 | $ 0.00 | $ 0.00 |
| 26-2 | David Dugan | $ 161,537.56 | $ 0.00 | $ 26,857.04 |
| 27-2 | Ezekiel Charlesworth | $ 1,500,000.00 | $ 0.00 | $ 249,388.32 |
| 28 | EBS Dealing Resources Inc | $ 37,860.39 | $ 0.00 | $ 6,294.63 |
| 29 | SCB & Associates LLC | $ 3,202.50 | $ 0.00 | $ 532.43 |
| 30 | SCB Derivatives LLC | $ 34,044.01 | $ 0.00 | $ 5,660.11 |
| 31 | EBS Service Company Ltd | $ 89,919.55 | $ 0.00 | $ 14,949.93 |
| 32 | GuavaTech, Inc. | $ 73,584.49 | $ 0.00 | $ 12,234.08 |
| | Total to be paid to timely general unsecured creditors | | $ | 591,827.69 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                                        Prepared By: _____

*Robert S. Rosenfeld*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.