# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BUTTONWOOD GROUP TRADING, LLC, | ) | Case No. 13-06894 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |

## CERTIFICATE OF SERVICE

Peter J. Roberts, an attorney, states that on November 28, 2018, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL 60654, as indicated.

/s/ Peter J. Roberts

Peter J. Roberts (#6239025)
Fox Rothschild LLP
321 N. Clark Street, Suite 800
Chicago, IL 60654
312.541.0151

# Mailing Information for Case 13-06894

## Electronic Mail Notice List

- Jason J Ben    jason.ben@apks.com, kenneth.anderson@apks.com;Maoassignments@kayescholer.com;maonbil@kayescholer.com

- Francis X Buckley    fxbuckleyjr@thompsoncoburn.com, aversis@thompsoncoburn.com

- Jillian S Cole    jcole@taftlaw.com, wserritella@taftlaw.com,sfdocket@shefslylaw.com,lsterling@taftlaw.com

- David R Doyle    ddoyle@foxrothschild.com, kjanecki@foxrothschild.com

- Matthew T. Gensburg    MGensburg@gcklegal.com

- Harold D. Israel    haroldi@restructuringshop.com, seanw@restructuringshop.com;teresag@restructuringshop.com

- Brian J Jackiw    brianj@goldmclaw.com

- Matthew Johns    mjohns@thompsoncoburn.com, vbedgood@thompsoncoburn.com

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

- Vincent E. Lazar    vlazar@jenner.com, docketing@jenner.com;thooker@jenner.com

- Joseph P Lombardo    lombardo@chapman.com, lombardo@chapman.com

- Sandra D. Mertens    smertens@dandgpc.com

- Bryan E. Minier    bminier@lathropgage.com, mvargas@lathropgage.com;krodriguez@lathropgage.com

- Paul T Musser    paul.musser@kattenlaw.com

- Andrew J. Olejnik    aolejnik@jenner.com

- Madlyn G Primoff    madlyn.primoff@apks.com, negisa.balluku@apks.com

- Gabriel Reilly-Bates    gbates@taftlaw.com, sfdocket@taftlaw.com

- Peter J Roberts    proberts@foxrothschild.com, cknez@foxrothschild.com

- Jeffrey B Rose    jrose@lowis-gellen.com, cguzman@lowis-gellen.com

- Kathryn Schmanski    kathryn.schmanski@kayescholer.com, kenneth.anderson@kayescholer.com;neal.hampton@kayescholer.com;elise.neveau@kayescholer.com;managingattorneyofficeassignments@kayescholer.com

- Peter A Siddiqui    peter.siddiqui@kattenlaw.com

2

- Anthony G Stamato    anthony.stamato@kayescholer.com

- Justin R. Storer    jstorer@lakelaw.com, R58596@notify.bestcase.com;atty_kmichaels@bluestylus.com;ECF@Lakelaw.com

- Michael S Terrien    mterrien@jenner.com, shardgrovekoleno@jenner.com;docketing@jenner.com

- Bruce L Wald    bwald@tishlerandwald.com

**Manual Notice List (Via U.S. Mail)**

Robert S. Rosenfeld
49 Roy Avenue
Massapequa, NY 11758

Andrew J. Maxwell
3010 N. California Avenue
Chicago, IL 60618

RSR Consulting, LLC
49 Roy Avenue
Massapequa, NY 11758

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Illinois Department of Employment Security
IDES
P.O. Box 19300
Springfield, IL 62794-9300

Okjoo (Jennifer) Choi
1300 Canyon Run Rd.
Naperville, IL 60565

Shirley (Shiging) Huang
607 Clover Ct.
Naperville, IL 60540

Erik Rigtorp
c/o Pan Capital, Ste 1620
500 E. Broward Blvd.
Fort Lauderdale, FL 33394

Dongxue Wang
605 W Madison St., Apt 1402
Chicago, IL 60661

David Dugan
1830 Telegraph Rd.
Lake Forest, IL 60045

Ezekiel Charlesworth
c/o Andrew J. Olejnik
353 N. Clark Street
Chicago, IL 60654-3456

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Bloomberg LP
731 Lexington Avenue
New York, NY 10022

ICAP Energy LLC
9931 Corporate Campus Dr., Suite 3000
Louisville, KY 40223
Attn: Joe F Wright

DEFL Holding BV
Gillis Van Ledenberchster 114C
Amsterdam 1052VK
Netherlands

J. M. H. Hendrikx Holding B.V.
Abel Tasmanstraat 39 BS
Utrecht 3531GS
Netherlands

S.E.M. Holding B.V.
Rooseveltlaan 106-1
Amsterdam 1078NN
Netherlands

Maak Voort B.V.
Van Eeghenstraat 38 II
1071 GH Amsterdam
Netherlands

ITSavvy LLC
313 S. Rohlwing Road
Addison, IL 60101

Commonwealth Edison Company
Claims Department
3 Lincoln Center
Oak Brook Terrace, IL 60181

RTS Realtime Systems Inc.
311 South Wacker Drive, Ste. 980
Chicago, IL 60606

Newedge USA LLC
Attn:  Head of Legal, Americas
630 Fifth Avenue, Ste. 500
New York, NY 10111

Olle Pellijeff
440 Davis Ct., Apt 2104
San Francisco, CA 94111

FX Alliance LLC
c/o Sarah E. Doerr, Esq.
Moss & Barnett, A Professional Association
90 South Seventh St., Suite 4800
Minneapolis, MN 55402

Elysium Technology Group
c/o Andrew Siciliano
38 Parsonage Road
Greenwich, CT 06830

AlphaLab, LLC
23 Elmwood Dr.
Livingston, NJ 07039

DCO Investment Management LLC
David Oosterbaan
855 Cleveland Rd.
Hinsdale, IL 60521

Scenery Station Pty Ltd.
6/15-19 Mears Avenue
Randwick NSW 2031
Australia

Bundesanstalt Fur
Finanzdienstleistungsaufsight
Graurheindorfer Str. 108
53117 Bonn
Germany

ADP, Inc.
100 N. Stanton
El Paso, TX 79901

EBS Dealing Resources Inc
Attn:  Daniel French
ICAP Americas
Harborside Financial Center
1100 Plaza 5
Jersey City, NJ 07311

SCB & Associates LLC
71 S. Wacker Drive, Suite 2290
Chicago, IL 60606

SCB Derivatives LLC
14 Wall Street Third Floor
New York, NY 10005

4

EBS Service Company Ltd
Attn: Daniel French
ICAP Americas
Harborside Financial Center
1100 Plaza 5
Jersey City, NJ 07311

GuavaTech, Inc.
Coleman Law Firm
77 Wet Wacker Drive
Chicago, IL 60601